DOLLAMUR, L.P.,       )
                              )
           Plaintiff,       )
                              )
v.                             )   Docket No. _____
                              )   JURY DEMAND
TIFFIN ATHLETIC MATS, INC.,   )
                              )
          Defendant.     )
                              )
                              )

## VERIFIED COMPLAINT

THE PLAINTIFF, Dollamur, L.P. ( "Dollamur" or "Plaintiff") states its cause of action

against Defendant as follows:

### NATURE OF THE ACTION

This is an action at law and equity to remedy acts of: (1) trademark infringement under

15 U.S.C. §1114; (2) unfair competition under 15 U.S.C. §1125(a); (3) infringement and unfair

competition under the Tennessee Trademark Statute, Tenn. Code Ann. §47-25-512 and §47-25-

513, and the common law of Tennessee; and (4) deceptive trade practices and unjust enrichment

in violation of the Tennessee Consumer Protection Act, Tenn. Code Ann. §47-18-104, *et. seq.*,

and the common law of the State of Tennessee.

### THE PARTIES

1.     Plaintiff Dollamur, L.P. has its principal place of business at 3100 West End

Avenue, Suite 500, Nashville, Tennessee 37203. Dollamur manufactures high-performance

sports surfaces for wrestling, all forms of martial arts, cheerleading, gymnastics, and health and

fitness all of which it markets under its highly successful FLEXI-ROLL® brand. Plaintiff Dollamur, L.P., which is located in Nashville, Tennessee, owns all intellectual property at issue in this lawsuit.

2. The Defendant, Tiffin Athletic Mats, Inc. (hereinafter "Tiffin" or "Defendant"), a Maryland corporation, is located at Triumph Industrial Park, 505 Blue Ball Road, Elkton, Maryland 21921. Its resident agent is William F. Riddle, Esq., 204 East Main Street, Elkton, Maryland 21921. Like Plaintiff, Defendant sells all types of sports mats.

## JURISDICTION AND VENUE

3. This Court has jurisdiction over the subject matter of this action because this action arises under the Federal Trademark Act, 15 U.S.C. §§1051-1127, and jurisdiction is conferred in accordance with 15 U.S.C. §1121. Supplemental jurisdiction over the causes of action under Tennessee law is proper because they are substantially related to those causes of action over which the Court has original jurisdiction, pursuant to 28 U.S.C. §1367.

4. Venue is proper in this Court because a substantial part of the events giving rise to the claims asserted occurred in this district and, upon information and belief, additional acts of infringement will occur in this district unless promptly enjoined by this Court.

## THE FACTS

5. Plaintiff Dollamur manufactures and sells various types of high-performance sports mats and supplies, including those used for wrestling, all forms of martial arts, gymnastics, cheerleading and health and fitness. These products are sold under the FLEXI-ROLL® trademark.

6. Plaintiff Dollamur owns U.S. Trademark Registration No. 3069679 for FLEXI-ROLL, used in connection with gymnastics, cheerleading mats, and gymnastic tumbling mats

(the "Mark") since September of 2002. In addition, Plaintiff has used a component of the Mark—FLEXI—on these same products (as well as those within Plaintiff's reasonable zone of expansion) since at least August of 2001. A copy of Plaintiff's registration, which is dated March 21, 2006, is attached as **Exhibit A** and is incorporated by reference.

7. Registration No. 3069679 for the mark FLEXI-ROLL is conclusive evidence of the validity of the registered mark, Plaintiff's ownership, and Plaintiff's exclusive right to use the Mark in commerce on or in connection with the goods identified in the registration, as well as on closely related goods upon which Plaintiff has used the Mark and within its reasonable zone of expansion.

8. Plaintiff's Mark has been consistently used and branded in print and other media advertising in connection with its high-performance sports mats for more than seven years. Plaintiff has invested in excess of $1,297,000 in advertising and promoting the goods and services under the Mark. Based on its extensive, exclusive and continued use of the Mark, consumers have come to recognize the Mark and to associate and identify FLEXI-ROLL exclusively with Plaintiff Dollamur for the provision of high-performance sports mats.

9. Plaintiff sells its products through sales representatives, brochures, and the internet, including an ebay store. A copy of part of the relevant portions of Plaintiff's website (www.dollamur.com/) and ebay store is attached hereto as **Collective Exhibit B**. Upon information and belief, Defendant also sells its sports mats through the same channels. A copy of the relevant portions of Defendant's website (www.tiffinmats.com) and ebay store is attached hereto as **Collective Exhibit C.**

10. At one time, Defendant was a dealer of Dollamur's products. However, this relationship deteriorated when Defendant fell behind on its payments to Dollamur. In March of

2007, it became necessary for Plaintiff to terminate its relationship with Defendant. At the time Plaintiff terminated the dealer relationship with Defendant, Defendant owed Plaintiff Dollamur as much as $208,000. Plaintiff sued Defendant in Maryland state court because of Defendant's failure to pay its debt to Plaintiff Dollamur (the "Maryland Litigation").

11.    During the Maryland Litigation, Plaintiff became aware that Defendant was improperly using the Mark on Defendant's cheerleading mats. Consequently, Plaintiff sent Defendant a cease and desist letter, demanding that its use of the Mark cease immediately. A cease and desist letter is attached hereto as **Exhibit D**. In response to the correspondence, Defendant changed the use of the Mark on the cheerleading mat and the intellectual property matter was informally resolved.

12.    Ultimately, the litigation was settled between the parties and Defendant paid Plaintiff $200,000 of the $208,000 debt.

13.    In the Fall of 2008, Plaintiff's representatives were attending the Educational Funding Company's International Summit in Nashville, Tennessee. This event is a trade show where martial arts school owners attend workshops and seminars for tuition management and business consulting. It is one of the largest of these types of seminars/tradeshows held annually anywhere in the country.

14.    Defendant Tiffin was also attending the International Summit in an attempt to market its products to the owners of martial arts facilities, including such schools located in Tennessee. At this event, Plaintiff became aware that Defendant was once again improperly using its Mark; however, this time, Defendant Tiffin was wrongfully using the Mark on wrestling, martial arts, and fitness and training mats. In addition, Defendant is using the Mark on its website and in the meta-tags for that website.

15. The FLEXI mark that Defendant is using is substantially identical to Plaintiff's Mark. When the Mark is applied to high-performance sports mats, Defendant's name is highly likely to be confused with Plaintiff's Mark. Furthermore, it is highly likely that consumers will mistake Defendant's goods for those of Plaintiff Dollamur.

16. Defendant's FLEXI mark is so similar in terms of appearance, sound, meaning and connotation as to be deceptively similar to Plaintiff's Mark under the meaning of Section 2(d) of the Trademark Act, and will cause confusion and lead to the deception of consumers as to the origin of Defendant's goods and services.

17. Because of the long-recognized goodwill in Plaintiff's Mark, consumers are likely to believe that the goods and services offered by Defendant under this confusingly similar mark are sponsored, endorsed or approved by Plaintiff, or are in some way affiliated, connected or associated with Plaintiff.

18. Because of Plaintiff's Federal trademark registration and the parties' long association with one another, Defendant was on actual and constructive notice of Plaintiff's Mark. Consequently, Defendant knowingly and willfully adopted a mark that is confusingly similar to Plaintiff's Mark, in an effort to trade on Plaintiff's well-established goodwill in its Mark and services.

## CAUSES OF ACTION

19. Plaintiff repeats and realleges each and every allegation contained in paragraphs 1 through 18 of this Complaint as though fully set forth herein.

## I. TRADEMARK INFRINGEMENT AND CLAIM FOR INJUNCTIVE RELIEF

20. This cause of action arises under Section 32 of the Lanham Act, 15 U.S.C. §1114.

21.     Defendant's use of the Mark as alleged above is likely to cause confusion, mistake, or deception as to the source, sponsorship, or approval of the Plaintiff in that consumers are likely to believe that Defendant is in some way connected with, sponsored or licensed by, or otherwise related to Plaintiff.

22.     Defendant's use of the Mark was made with actual and/or constructive knowledge of Plaintiff's rights in the Mark.

23.     Defendant's use of the Mark was without Plaintiff's consent or permission.

24.     The conduct of Defendant was and is knowing, willful, and intentional. As a result of Defendant's violation of Plaintiff's exclusive rights in and to the Mark, Plaintiff is entitled to an injunction pursuant to 15 U.S.C. §1116 prohibiting the further use of Plaintiff's Mark as well as an award of Defendant's profits, any damages sustained by Plaintiff in an amount to be proven at trial and the costs of this action, all as provided by 15 U.S.C. §1117.

25.     Defendant's use of a confusingly similar service mark constitutes trademark infringement under the Lanham Act, 15 U.S.C. §1114(1).

26.     Finally, pursuant to 15 U.S.C. §1118, Plaintiff is entitled to an order that all labels, signs, prints, packages, wrappers, posters, flyers, and advertisements in the possession of Defendant bearing Plaintiff's Mark or any confusingly similar trademark or service mark, be delivered to Plaintiff for destruction.

27.     Plaintiff is without an adequate remedy at law because Defendant's infringement has caused and will cause great and irreparable injury to Plaintiff, and unless this Court enjoins these acts, they will continue and Plaintiff will continue to suffer great and irreparable injury to its intellectual property rights and erode its long-standing goodwill in the Mark.

28.     Defendant's actions constitute a false designation of origin under Section 43(a) of the Lanham Act, 15 U.S.C. §1125(a), entitling Plaintiff to an award of Defendant's profits, any damages sustained by Plaintiff in an amount to be proved at trial, and the cost of this action, all pursuant to 15 U.S.C. §1117.

29.     Because Defendant's actions constitute a willful violation of Section 43(a) of the Lanham Act, 15 U.S.C. §1125(a), Plaintiff requests that the Court enter judgment for three times the amount of Plaintiff's actual damages pursuant to 15 U.S.C. §1117. Moreover, because of the willful nature of Defendant's violation of Plaintiff's trademark rights, this case constitutes an exceptional case entitling Plaintiff to an award of reasonable attorneys' fees pursuant to 15 U.S.C. §1117.

## II.     STATE TRADEMARK INFRINGMENT, UNFAIR COMPETITION AND MISAPPROPRIATION

30.     Plaintiff repeats and realleges each and every allegation contained in paragraphs 1 through 29 of this Complaint as though fully set forth herein.

31.     This claim arises under Tennessee Code Annotated §47-25-512 and the common law of Tennessee and is to remedy acts of trademark infringement, unfair competition, and misappropriation.

32.     By its actions, Defendant intends to pass off and palm off its sports mats as those offered by, approved by, sponsored by or affiliated with Plaintiff.

33.     Defendant's unlawful activities constitute trademark infringement, unfair competition and misappropriation as proscribed by common law and statute.

34.     As a result of Defendant's unfair competition, Plaintiff has and will continue to suffer irreparable harm for which Plaintiff has no adequate remedy at law.

35.     Plaintiff is entitled to any and all remedies available under Tennessee law for unfair competition, including damages in an amount to be proved at trial, as well as preliminary and permanent injunctive relief.

36.     Defendant's acts of trademark infringement, unfair competition and misappropriation have caused Plaintiff to sustain monetary damage, loss and injury, in an amount to be determined at the time of trial.

37.     Defendant has engaged and continues to engage in this activity knowingly and willfully, so as to justify the assessment of increased and punitive damages against it, in an amount to be determined at the time of trial.

38.     Defendant's acts of trademark infringement, unfair competition and misappropriation, unless enjoined by this Court, will continue to cause Plaintiff to sustain irreparable damage, loss, and injury, for which Plaintiff has no adequate remedy at law.

## III. DECEPTIVE TRADE PRACTICES AND FRAUDULENT MISREPRESENTATION

39.     Plaintiff repeats and realleges each and every allegation contained in paragraphs 1 through 38 of this Complaint as though fully set forth herein.

40.     Defendant has and is engaged in acts and practices that constitute violation of the prohibition against deceptive trade practices found at Tennessee Code Ann. §47-18-104 *et. seq.*

41.     Defendant has used and is using Plaintiff's Mark in such a manner as to misrepresent the source, sponsorship, approval, and/or certification of its high-performance sports mats. The use of the Plaintiff's Mark by Defendant creates the unreasonable risk that

consumers will conclude that there exists some affiliation, connection, or association between and among Plaintiff and Defendant.

42.     The natural and probable effect of Defendant's use of the Mark in the manner alleged is to enable Defendant to deceive and confuse the public.

43.     Defendant's use of Plaintiff's Mark in the manner alleged constitutes deceptive trade practices of the type prohibited by Tennessee Code Ann. §47-18-104 *et. seq.*

44.     Defendant had actual and constructive knowledge of Plaintiff's rights at the time it decided to use Plaintiff's intellectual property in connection with the sale of its high-performance sports mats. Thus, Defendant willfully and deliberately infringed and violated Plaintiff's rights.

45.     Upon information and belief, Defendant's unfair business practices are of a recurring nature and are harmful to the consumers and the public at large, as well as to Plaintiff. These practices constitute unlawful, unfair, fraudulent and deceptive business practices and unfair, deceptive, untrue and misleading advertising. Unless enjoined by this Court, Defendant will continue these acts, thereby causing Plaintiff further immediate and irreparable damage.

46.     Plaintiff is without an adequate remedy at law because Defendant's acts as set forth herein are causing great and irreparable damage to Plaintiff and will continue to damage Plaintiff unless enjoined by this Court.

## IV.     DECLARATORY JUDGMENT

47.     Plaintiff repeats and realleges each and every allegation contained in paragraphs 1 through 46 of this Complaint as though fully set forth herein.

48.     There is a substantial controversy between these parties in that Plaintiff has alleged Dollamur has rights in the Mark and that Defendant has engaged in conduct that

constitutes infringement of the Mark. Defendant's use of the Mark for high-performance sports mats has been alleged as an act that irreparably damages Plaintiff's intellectual property rights. Plaintiff has further alleged that this conduct has caused and will continue to cause damage to them if the conduct is not enjoined.

49.     The parties have adverse legal interests of such sufficient immediacy and reality that this Court should declare that Plaintiff has rights in the Mark and that Defendant's use and proposed use of a confusingly similar mark constitutes an infringement of Plaintiff's rights.

### REQUEST FOR JURY TRIAL

50.     Plaintiff hereby makes a demand for a trial by jury pursuant to Rule 38 of the Federal Rules of Civil Procedure as to all issues so triable.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays that:

1.     The Court finds that Plaintiff has valid and existing rights in the Mark described in this Complaint and that Defendant's conduct as described herein constitutes an infringement of Plaintiff's valuable and incontestable intellectual property rights;

2.     The Defendant be held liable under each claim for the relief set forth in this Complaint;

3.     The Court set this matter for a Preliminary Injunction Hearing;

4.     The Court enjoin the Defendant, its agents, servants, employees, and attorneys and all other persons in active concert or participation with it, from using Plaintiff's Mark (whether used alone or in combination with any words, punctuation or symbols, and whether used in connection with additional captions, text, or otherwise), and any other reproduction, counterfeit, copy, colorable imitation or confusingly similar variation of such Mark, as a

trademark or service mark, or any advertising, distribution, sale, or offering for sale of Defendant's products and/or services in any medium or manner whatsoever;

     5.     The Defendant be required to pay to Plaintiff all damages it has suffered by reason of Defendant's unlawful acts set forth herein, together with legal interest from the date of accrual thereof;

     6.     The Defendant be required to account for and pay to Plaintiff all profits wrongfully derived by Defendant through its unlawful acts set forth herein, together with legal interest from the date of accrual thereof;

     7.     The Defendant be required to pay punitive damages to Plaintiff, as determined by this Court, for Defendant's deliberate and willful trademark infringement and unfair competition;

     8.     The Defendant be required to pay to Plaintiff treble damages for the injury Defendant has caused under Tennessee's Consumer Protection Act;

     9.     The Defendant be required to pay to Plaintiff its reasonable attorneys' fees and disbursements incurred herein, pursuant to 15 U.S.C. §1117, Tennessee statutory law, and the equitable powers of this Court;

     10.     The Defendant be required to pay to Plaintiff the cost of this action; and

     11.     This Court award Plaintiff any such other and further relief that it deems just and equitable.

## VERIFICATION

I swear and affirm that the foregoing statements are true and correct to the best of my knowledge, information and belief.

**Dollamur L.P.**

By:    Alfred Rawls Butler, Managing Member
Dollamur Holding, LLC

Its:    General Partner of Dollamur LP

Respectfully submitted,

BASS, BERRY & SIMS PLC

By: _____
Paige Waldrop Mills
Kathryn Hannen Walker
Suite 2700, Regions Center
315 Deaderick Street
Nashville, TN 37238
Telephone: (615) 742-7770
Facsimile: (615) 742-0429
pmills@bassberry.com
kwalker@bassberry.com

*Attorneys for Plaintiff*

# The United States of America

# CERTIFICATE OF REGISTRATION
## PRINCIPAL REGISTER

The Mark shown in this certificate has been registered in the United States Patent and Trademark Office to the named registrant.

The records of the United States Patent and Trademark Office show that an application for registration of the Mark shown in this Certificate was filed in the Office; that the application was examined and determined to be in compliance with the requirements of the law and with the regulations prescribed by the Director of the United States Patent and Trademark Office; and that the Applicant is entitled to registration of the Mark under the Trademark Act of 1946, as Amended.

A copy of the Mark and pertinent data from the application are part of this certificate.

**To avoid CANCELLATION of the registration, the owner of the registration must submit a declaration of continued use or excusable non-use between the fifth and sixth years after the registration date.** *(See next page for more information.)* Assuming such a declaration is properly filed, the registration will remain in force for ten (10) years, unless terminated by an order of the Commissioner for Trademarks or a federal court. *(See next page for information on maintenance requirements for successive ten-year periods.)*



Director of the United States Patent and Trademark Office

EXHIBIT
A

# REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION

## Requirements in the First Ten Years*
### What and When to File:

- First Filing: A Declaration of Continued Use (or Excusable Non-use), filed between the 5th and 6th years after the registration date. (*See* 15 U.S.C. §1058; 37 C.F.R. §2.161.)
- Second Filing: A Declaration of Continued Use (or Excusable Non-use) **and** an Application for Renewal, filed between the 9th and 10th years after the registration date. (*See* 15 U.S.C. §1058 and §1059; 37 C.F.R. §2.161 and 2.183.)

## Requirements in Successive Ten-Year Periods*
### What and When to File:

- A Declaration of Continued Use (or Excusable Non-use) **and** an Application for Renewal, filed between each 9th and 10th-year period after the date when the first ten-year period ends. (*See* 15 U.S.C. §1058 and §1059; 37 C.F.R. §2.161 and 2.183.)

## Grace Period Filings*

There is a six-month grace period for filing the documents listed above, with payment of an additional fee.

**The U.S. Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements. Therefore, you should contact the USPTO approximately one year prior to the deadlines set forth above to determine the requirements and fees for submission of the required filings.**
NOTE: *Electronic forms for the above documents, as well as information regarding current filing requirements and fees, are available online at the USPTO web site:*

*www.uspto.gov*

### YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS IDENTIFIED ABOVE DURING THE SPECIFIED TIME PERIODS.

*\*Exception for the Extensions of Protection under the Madrid Protocol:*
The holder of an international registration with an extension of protection to the United States must file, under slightly different time periods, a Declaration of Continued Use (or Excusable Non-use) at the USPTO. *See* 15 U.S.C. §1141k; 37 C.F.R. §7.36. The renewal of an international registration, however, must be filed at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol. *See* 15 U.S.C. §1141j; 37 C.F.R. §7.41.

Int. Cls.: 27 and 28

Prior U.S. Cls.: 19, 20, 22, 23, 37, 38, 42 and 50

Reg. No. 3,069,679

# United States Patent and Trademark Office

Registered Mar. 21, 2006

## TRADEMARK
### PRINCIPAL REGISTER

## FLEXI-ROLL

DOLLAMUR, LP (DELAWARE LIMITED PART-
NERSHIP)
3100 WEST END AVENUE
SUITE 500
NASHVILLE, TN 37203

FOR: SPORTING MATS, NAMELY, GYMNASTIC
MATS, CHEERLEADING MATS, AND WRESTLING
MATS, IN CLASS 27 (U.S. CLS. 19, 20, 37, 42 AND 50).

FIRST USE 9-5-2002; IN COMMERCE 9-5-2002.

FOR: PERSONAL EXERCISE MATS, IN CLASS 28
(U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 9-5-2002; IN COMMERCE 9-5-2002.

SER. NO. 76-528,372, FILED 7-10-2003.

NAAKWAMA ANKRAH, EXAMINING ATTORNEY

Wrestling and Martial Arts 10'x10' Home Mats on Sale while supplies last

## tra-Light Flexi-Roll® Wrestling Mats by Dollamur

novation to Improve the Sport of Wrestling"

- Ultra Lightweight and Portable
- Superb Shock Absorbency
- One-Person Set-up
- Excellent Durability
- No Hardening or Shrinking
- Never Requires Reconditioning
- 5-Year Limited Warranty



### ralight, Ultra-portable

amur Wrestling Mats have proven to be the lightest and fastest wrestling mats in the world. At nearly three times lighter than style mats, each full-size roll can be easily lifted and moved by just two people. And with Dollamur's exclusive Flexi-Roll® ure, now standard on all 1.25" and 2" mats, a single person can safely set-up and break down an entire competition mat in minutes.

### lamur's Revolutionary Flexi-Roll® System

amur's exclusive Flexi-Roll® feature, the ultimate in convenience and licity, provides the following benefits over traditional-style mats:

**DOLLAMUR**
SPORT SURFACES

Mat Information
Sizes
Mat Colors
Logos & Lettering
Mat Supplies
Home Mats
Wall Padding
Endorsements

FILA
APPROVED

Ordering Info
Financing Options

Home Mat Store



EXHIBIT

B

Ultra-Light Flexi-Roll® Wrestling Mats by Dollamur - Dollamur Sport Surfaces



- One- Person Set-up
- Always Lays Flat
- Longer Life - Has the potential to outlast standard mats
- Wrestling Surface Protected on Inside of Roll
- Rolls stay rolled up even without straps
- Never a Failure (tear or crack) at the Folds

One person can safely set up or break down a complete Dollamur Flexi-Roll® wrestling mat in just minutes. There's no flipping required: mats just roll out and are instantly ready for use.Flexi-Roll® mats feature the same five year warranty and excellent performance of our standard wrestling mats; the same high-performance sports foam, the same 24oz vinyl surface and the same state-of-the-art bonding method.

\* Flexi-Roll is a registered trademark of Dollamur LP

## Treated with Bio-Pruf™ antimicrobials



The vinyl surface of every Dollamur wrestling mat has been treated with Bio-Pruf™ antimicrobials to guard against odor-causing microorganisms and microbial deterioration.

Bio-Pruf is a registered trademark of Rohm and Haas Company, its subsidiaries, or affiliates in the U.S.

## Quality Materials = Superior Durability

Dollamur Wrestling Mats are made with a tough 24 oz. vinyl surface, backed with non-woven polyester for maximum strength and comfort. The advanced technique used to bond the vinyl to the foam means the surface will never require reconditioning and will never crack or peel. Our mats are manufactured using closed cell, cross-linked polyethylene foam that will never shrink or harden, maintaining maximum shock absorption and resiliency.

## More Choices... More Options...

Dollamur Ultralight wrestling mats are available in three thicknesses; 5/8", 2", and our standard 1.25".

Case 3:09-cv-00091   Document 1-2   Filed 01/28/09   Page 2 of 21 PageID #: 18

- The 1.25" mat is our most popular, offering an excellent combination of safety and portability, and is used in all of our state tournaments.
- Our 2" mat has superior shock absorption and is the best performing wrestling mat on the market today.
- 5/8" mats may be used to supplement any 1.25" mat, resulting in a 2" mat at a lower cost than traditional reconditioning. Along with a standard-size mat with competition circles, a 5/8" mat with practice circles can be used to create a 2", two-sided mat. (Note: 5/8" products should only be used in conjunction with additional mats or padding and should *not* be used as stand alone mats.)

Available in a variety of colors and with custom logos. Our talented staff of artists can reproduce nearly any logo - see our Logos & Lettering page for a gallery of recent examples.

## Commitment to the Sport

Dollamur Sport Surfaces is committed to the growth, progress and the advancement of amateur wrestling. Our mission is to develop and build the safest and most practical mats for today's wrestling programs. For more than two decades, the people at Dollamur have been supporting the sport of wrestling at all levels. By being involved directly with the wrestling coaches, tournaments and programs, Dollamur has listened to the needs of the wrestling community and has developed today's most innovative and practical wrestling mats. The new Dollamur Flexi-Roll® mats are the safest and easiest mats available to use, to move and to store. Once you've experienced owning a Dollamur, you will never want to go back to the old style mats.

## Limited Five-Year Warranty

We stand by the quality and durability of our product with a limited five-year warranty, covering manufacturing defects and faulty materials.

## Additional Information

For your convenience, we have the following printed materials available for download in PDF format:

- 2008 Wrestling Catalog
- Proper Care & Handling for Flexi-Roll® Mats
- Proper Care & Handling for Standard Roll Mats
- Wrestling Mat Data Sheet

Copyright © 2006-2009, Dollamur LP

[stling]  Wrestling Supply  Martial Arts  Cheerleading & Gymnastics  Online Store  Contact Us

Cheerleading & Gymnastics Home Mats on Sale - Big Savings! Click for more info

## [Int]roducing the Flexi-Roll® Tatami Style Martial Arts Mat

"[It'] Time America Met its Mat"

**DOLLAMUR**
SPORT SURFACES

Mat Information
Tatami vs. Smooth
Sizes
Mat Colors
Logos & Lettering
Mat Supplies
Military
Home Mats
Wall Padding
Endorsements & Links

Ordering Info
Financing Options

Home Mat Store



Dollamur Flexi-Roll® Tatami style mat is the premier American-made Tatami martial arts mat. The Tatami style Flexi-Roll [i]s incredibly versatile and can easily be used at home, in small clubs, large commercial schools, and tournaments. Ultra [light]-weight, portable convenience, easy setup & takedown, and durability make this mat the choice of champions for stand-up grappling arts.

Dollamur Martial Arts mat inquiries and quotes call (888) MAT-ROLL or e-mail Tommy Sams at tommy@dollamur.com for [furth]er information.

### [Su]perior Versatility

Dollamur Flexi-Roll® mat system is highly versatile. Available in 5/8", 1.25" and 2" thicknesses, it is an excellent surface for [all f]orms of martial arts. The surface does not sink in, allowing you to move, spin and change direction very quickly without [injur]y. Rolls and wall padding can be custom built at the factory for your school or club to ensure a perfect fit. (Note: 5/8" mats [shou]ld not be used as a stand-alone product.)

Swain Flexi-Roll® Home Mats, made with the same high-quality foam and tatami-style surface, are the perfect size for training at home or on the go. See our Home Mats page for more information.

## Championship Throws at Your School or at Home

Flexi-Roll® Tatami style mats are designed to take the hardest falls without injuring you or your partner. Our closed-cell foam technology provides excellent shock absorption to take championship throws and slams over and over. Made with a thick and durable 24 oz. vinyl, Dollamur MMA mats are available in both textured tatami-style and smooth vinyl surfaces.

## New! - Panel Cage and Desert Camo Mats



### Hit Squad - Home of the Ultimate Fighter Team Hughes coaching staff

Don't let a full size competition cage occupy your whole gym! Get the most out of your facility with Dollamur Flexi-Roll® mats and our new panel cage. Mats are now available in desert camouflage.

## School Puzzle Mat Upgrade

Upgrade your old puzzle-style mat with the new Flexi-Roll® School Makeover Mat, designed specifically to lay over your existing mat.

## Go Seamless with Dollamur's New and Improved Seam Tape



NEW! Go Seamless! with our new mat tape, colored and textured to match your mat for a clean and professional look. Available in various colors, 4" width.

## Flexi-Roll® Feature: Setup and Teardown in Seconds



Flexi-Roll® MMA style mats are the quickest, safest, and easiest solution for multi-purpose rooms. They can be rolled up and stored more quickly than any other mat - just in time for the next class or activity to start, allowing you to get the best return on your facility. If you operate or instruct at a mega-gym, health & fitness club, police department, YMCA or church and need to get the most out of your facility, the Flexi-Roll® mat system is the only way to go.

Also perfect for quickly setting up at tournaments and seminars - a single person can roll set up or take down a full mat in just seconds!

## Limited Five-Year Warranty

We stand by the quality and durability of our product with a limited five-year warranty, the best in the industry, covering manufacturing defects and faulty materials.

## Additional Information

For your convenience, we have the following printed materials available for download in PDF format:

- Proper Care & Handling for Flexi-Roll® Mats
- Proper Care & Handling for Standard Roll Mats
- Martial Arts Mat Data Sheet



European Judo Union





North American Grappling Association

Flexi-Roll® Martial Arts Mats - Dollamur Sport Surfaces



EN 12503-3 Type 12

Home | Wrestling | Wrestling Supply | Martial Arts | Cheerleading & Gymnastics | Online Store | Contact Us | Site Map

Copyright © 2006-2009, Dollamur LP





http://www.dollamur.com/martial_arts.htm

Flexi-Roll® Martial Arts Mats - Dollamur Sport Surfaces

stling    Wrestling Supply    Martial Arts    Cheerleading & Gymnastics    Online Store    Contact Us

Cheerleading & Gymnastics Home Mats on Sale - Big Savings! Click for more info

**DOLLAMUR**
sport surfaces

Mat Information
Sizes & Accessories
Carpet/Foam Options
**Home Mats**
**Stunt Pads**
Ordering Info

**Home Mat Store**

## Dollamur Carpet/Foam Cheerleading & Gymnastics Floors



The country's leading Cheerleading & Gymnastics mat manufacturer, Dollamur uses only high quality materials to ensure maximum safety and long-lasting durability. Our closed-cell, cross-linked polyethylene foam provides excellent shock absorption and is heat laminated to the durable carpet surface for a virtually indestructible, long-lasting bond.

### The Dollamur Flexi-Roll® System

Standard Orders Ship Within 3 Days of Approved Order
Three-Year Limited Warranty
Easy to Move and Set up
One-Person Setup, No Flipping of Rolls
Carpet is Protected on Inside of Roll When Stored
Rolled Mats Won't Unroll When Set on Edge
Quick & Easy Storage

Introducing the quickest and easiest mat ever made! One person can set-up or break down a 42' X 42' Dollamur Flexi-Roll® mat in just minutes. Even a preschooler can unroll a section! You'll get the same great performance of our regular rollable mats chosen for years by top gymnastics and cheerleading programs. The same high performance sports foam, the same durable carpet and the same state-of-the-art bonding method. The best just got better!

*Flexi-Roll® is a registered trademark of Dollamur, LP

## The Carpet

**Strong Needle-Punch Carpet -** This is the strongest carpet used anywhere in the industry, yet it is soft, with the touch of velour. The polyolefin fibers are not stringy and cannot be pulled out by velcro, a problem common to less expensive and lighter weight carpets. Similar products may look similar, but lighter weight 10–14 oz. carpets simply do not provide the quality, durability and performance of our tough 26 oz carpet.

## The Foam

**Two Outstanding Foam Choices -** Standard Cross-Linked Polyethylene & High Performance Tri–Flex® Dollamur Rollable Carpet Floors are manufactured with closed-cell, cross-linked polyethylene foam, renowned for its shock absorption and resiliency. It's proven to substantially outlast non cross–linked foam, as its cell structure will not breakdown under repeated compression. Other polyethylene foams may look and feel like ours, but without its unique chemical composition, they are unable to provide the shock absorption and resiliency that gymnasts and cheerleaders demand of their training and competition floors.

Our Tri–Flex® floor goes even further. By combining our exclusive cross-linked polyethylene formula with EVA foam, we have created the fastest, liveliest and most dynamic rollable floor in the world.

## The Bond

**Virtually Indestructable -** Our foam layers are heat laminated to our famous needle punch carpet for outstanding durability and non–slip traction. The bond between the carpet and foam is critical. During manufacturing, the surface of the foam is liquefied and then cooled, the carpet and foam substrates actually become one piece, creating a permanent, virtually indestructible bond.

## Lightweight and Portable

Dollamur's Cheerleading and Gymnastics mats are lightweight, easy to transport and easy to roll into position. Individual rolls may be easily and safely carried by just two people, and a full floor can be moved and set up in a matter of minutes.

## Additional Information

Flexi-Roll® Cheerleading and Gymnastics Mats - Dollamur Sport Surfaces

For your convenience, we have the following materials available for download in PDF format:

* Guide to Cleaning Dollamur Cheerleading & Gymnastics Mats
* Proper Care & Handling for Flexi-Roll® Mats
* Proper Care & Handling for Standard Roll Mats



Member of the Organization of
Spirit Industry Providers
www.osiponline.org



Elected member to USASF
National Advisory Board
www.usasf.net



Member of the United States
Gymnastics
Suppliers Association

Home | Wrestling | Wrestling Supply | Martial Arts | Cheerleading & Gymnastics | Online Store | Contact Us | Site Map

Copyright © 2006-2009, Dollamur LP

stling    Wrestling Supply    Martial Arts    Cheerleading & Gymnastics    Online Store    Contact Us

What's New: Check Out the Latest Deals in the Dollamur Home Mat Store

## ollamur Home Mat and Accessories Store



**DOLLAMUR**
SPORT SURFACES

Dollamur Online Store

Dollamur Online Store - Dollamur Sport Surfaces



**Wrestling Home Mats**
Flexi-Roll® Home Wrestling Mats, available in 5' x 10' and 10' x 10' sizes.



**Martial Arts Home Mats**
Swain Flexi-Roll® tatami Home Martial Arts Mats, available in 5' x 10' and 10' x 10' sizes.



**Cheerleading & Gymnastics Home Practice Mats**
Flexi-Roll® Carpeted Practice Mats for Cheerleading and Gymnastics, available in 4' x 6' and 5' x 10' sizes.



**Dollamur eBay Store**
Check out the Dollamur eBay store for daily auctions and in stock mats.



**Wrestling Equipment & Apparel**
A large selection of wrestling equipment, wrestling shoes, wrestling singlets, headgear, team apparel, a wide variety of USA Wrestling clothing and much more.



**Mat Accessories**
Accessories for Dollamur Mats, including chair protectors, mat tape and cleaner.

For full-size mats, floors or rolls, please visit our Ordering Information page for Wrestling, Martial Arts or Cheerleading & Gymnastics.

Home | Wrestling | Wrestling Supply | Martial Arts | Cheerleading & Gymnastics | Online Store | Contact Us | Site Map

Copyright © 2006-2009, Dollamur LP

Help

Site M

eBay Security &
Resolution Center

Buy | Sell | My eBay | Community | Help

ebay®

Welcome! Sign in or register.

Categories ▼   Motors   Stores   Deals

[ All Categories ] [ Search ] Advanced Search

Home > eBay Stores > Dollamur Wrestling Mats > All Categories

Add to Saved sellers | Sign up for Store newslett

**DOLLAMUR**
SPORT SURFACES
CHEERLEADING • WRESTLING • SPORT MATS

**Dollamur Wrestling Mats**

Maintained by: dollamur ( 1373 ★ ) ✪ Power Seller

"As a wrestler, the most important piece of equipment is the surface you practice and compete on. WITHOUT A DOUBT, the Dollamur product is the safest and fastest mat I have ever wrestled on." John W. Smith Head Coach: Oklahoma State Univ. Two-Time Olympic Champion Six-Time World Champion

Dollamur Sport Surfaces is committed to the growth, progress and the advancement of amateur wrestling. Our mission is to develop and build the safest and most practical mats for today's wrestling programs. For more than two decades, the people at Dollamur have been supporting the sport of wrestling at all levels. By being involved directly with the wrestling coaches, tournaments and programs, Dollamur has listened to the needs of the wrestling community and has developed today's most innovative and practical wrestling mats. The new Dollamur Flexi-Roll ® mats are the safest and easiest mats available to use, to move and to store. Once you've experienced owning a Dollamur you will never want to go back to the old style mats. Flexi-Roll ® is a Registered Mark of Dollamur Sport Surfaces.

**Store search**

[ ] in titles & description
[ Search ]

**Store categories**

Store home
New Mats (15)
Martial Arts (6)
Super Value! (3)
Gymnastics Mats (3)
2" Thick (2)
1.25" Thick (8)

**On Sale!**

33 results found in all categories

View as: Gallery ▼    Sort by: Time: newly listed ▼

**Ending Soon!**

See all items

View: **All Items** | Buy It Now

10'x5'x1 3/8" Dollamur Flexi-Rol... 𝒫
≡Buy It Now        $173.0(
Time left:        5d 5h 5m

Shipping to US/

http://stores.shop.ebay.com/Dollamur-Wrestling-Mats   W0QQ_armrsZ1

1/27/2009

eBay Store - Wrestling Mats: Mat, Martial Arts Judo, Dollamur Flexi

Mat Accessories (8)

Wall Pads (2)

NEW ITEM !!! (9)

2.25 INCHES THICK!! (4)

Camo (1)

Fila Approved Mats (4)

Other (1)

Display

- Hide gallery view
- View time left

Store pages

- About the seller

# Shipping & Payment

We want you to enjoy your new Dollamur Ultralight mat as soon as possible so if you use PayPal to make payment please include a telephone number so we can ship your order ASAP.

Call Tommy @ **800-520-7647** to order your custom mat or make payment with Visa, MC or Discover.

SCHOOL PURCHASE ORDERS ALSO ACCEPTED.


Enlarge

TWO 6'x4' Dollamur Flexi MMA
Wrestling Mats 2" THICK!
I choose the color - you save the $$$ 2
INCHES THICK!
⚡Buy It Now          $179.98
Listed:          Jan-22 13:39


Enlarge

6'x4'x2" Dollamur Flexi Roll MMA
Wrestling Mat ℗
I choose the color - you save the $$$ 2
INCHES THICK!
⚡Buy It Now          $99.99
Listed:          Jan-21 10:46


Enlarge

TWO 6'x4'x1.25" Dollamur Flexi Roll
MMA Wrestling Mats ℗
I choose the color - you save the $$$
⚡Buy It Now          $139.98
Listed:          Jan-19 16:00

TWO 6'x4'x1.25" Dollamur Flexi Roll
MMA Wrestling Mats ℗
I choose the color - you save the $$$
⚡Buy It Now          $139.98
Listed:          Jan-19 13:00

TWO 6'x4'x1.25" Dollamur Flexi Roll
MMA Wrestling Mats ℗
I choose the color - you save the $$$
⚡Buy It Now          $139.98
Listed:          Jan-19 09:37


SALE
Enlarge

4'x6'x1.25" Dollamur Tatami Style
Martial Arts MMA Mat ℗
I choose the color you save the $$$
⚡Buy It Now          $79.00
Listed:          Jan-19 08:44


SALE
Enlarge

10' Dollamur Wall Pad - MMA Wrestling
Mat Wall Padding ℗
FINALLY!! Affordable home wall pads!!

SALE
Enlarge

20' Dollamur Wall Pad - MMA Wrestling
Mat Wall Padding ℗
FINALLY!! Affordable home wall pads!!

SALE
Enlarge

18'x14'x2.25" Dollamur Flexi-Roll
Martial Arts Mat ℗
Free Shipping in the Continental USA !

1/27/2009

http://stores.shop.ebay.com/Dollamur-Wrestling-Mats__W0QQ_armrsZ1

eBay Store - Wrestling Mats: Mat, Martial Arts Judo, Dollamur Flexi

## Store Newsletter!

Sign up for the Dollamur eBay store newsletter to receive special offers.

[ Sign Up ]

---

*Buy It Now*
5% Off
Listed:

$141.55
~~$149.00~~
Jan-16 08:05

Enlarge

18'x11'x1.25" Dollamur Flexi Roll MMA Wrestling Mat ℗
If it's not a Dollamur it's not a Flexi-Roll !!!
*Buy It Now*
5% Off
Listed:

$782.80
~~$824.00~~
Jan-15 08:07

---

*Buy It Now*
5% Off
Listed:

$284.05
~~$299.00~~
Jan-16 08:02

SALE

18'x12'x2.25" Dollamur Flexi-Roll Martial Arts Mat ℗
Free Shipping in the Continental USA !
*Buy It Now*
15% Off
Listed:

$1,468.80
~~$1,728.00~~
Jan-15 07:27

---

*Buy It Now*
15% Off
Listed:

$1,713.60
~~$2,016.00~~
Jan-15 16:00

SALE

12'x12'x2.25" Dollamur Flexi-Roll Martial Arts Mat ℗
Free Shipping in the Continental USA !
*Buy It Now*
15% Off
Listed:

$979.20
~~$1,152.00~~
Jan-15 07:25

---

18'x14'x2.25" Dollamur Flexi-Roll Martial Arts Mat ℗
Free Shipping in the Continental USA !
*Buy It Now*
15% Off
Listed:

$1,713.60
~~$2,016.00~~
Jan-15 07:22

---

6'x4'x1.25" Dollamur Flexi Roll MMA Wrestling Mat ℗
I choose the color - you save the $$$
*Buy It Now*
15% Off
Listed:

$79.99
Jan-13 10:09

Enlarge

---

6'x4'x1.25" Dollamur Flexi Roll MMA Wrestling Mat ℗
I choose the color - you save the $$$
*Buy It Now*
15% Off
Listed:

$79.99
Jan-13 10:08

Enlarge

---

1/27/2009



Enlarge

6'x4'x1.25" Dollamur Flexi Roll MMA Wrestling Mat 🅿
I choose the color - you save the $$$
=Buy It Now     $79.99
Listed:     Jan-13 10:08



NEW!! Dollamur Mat Care Kit - Mop - Tape - Mat Cleaner 🅿
Free Shipping! Visit My eBay Store
=Buy It Now     $275.00
Listed:     Dec-17 08:23



NEW!! Dollamur bucketless sport mat mop. 🅿
Free Shipping! Visit My eBay Store
=Buy It Now     $215.00
Listed:     Dec-17 08:19

10'x10'x1.25" Dollamur Flexi-Roll Martial Arts Mat 🅿
Free Shipping in the Continental USA !
=Buy It Now     $425.00
15% Off     $498.00
Listed:     Dec-17 08:10

10'x10' Dollamur Flexi-Roll Martial Arts MMA Mat 🅿
Judo Grappling Jiu-Jitsu Tatami Flexi Roll
=Buy It Now     $425.00
15% Off     $498.00
Listed:     Dec-17 08:08

10'x10'x1.25" Dollamur Flexi-Roll Martial Arts Mat MMA 🅿
Free Shipping in the Continental USA !
=Buy It Now     $425.00
15% Off     $498.00
Listed:     Dec-17 08:06

10'x10'x1.25" Dollamur Flexi-Roll Martial Arts Mat 🅿
Free Shipping in the Continental USA !
=Buy It Now     $425.00
15% Off     $498.00
Listed:     Dec-17 08:10



Dollamur Seamless Martial Arts Mat Tape 🅿
Free Shipping!!!!
=Buy It Now     $45.00
Listed:     Dec-16 14:43

Case 3:09-cv-00091   Document 1-2   Filed 01/28/09   Page 19 of 21 PageID #: 35

Listed:                        Dec-16 14:36



NEW!! Dollamur Home Mat Accessory Kit 🅟
Free Shipping! Visit My eBay Store
=Buy It Now                    $44.99
Listed:                   Nov-10 10:00



Dollamur Wrestling Mat Protector 🅟
Free Shipping!!!!
=Buy It Now                    $35.00
Listed:                   Mar-26 06:24

Go to page [    ] Go

Listed:                        Dec-17 08:04



10x5x1 3/8" Dollamur Flexi-Roll Gymnastics Mat 🅟
Free Shipping!! Visit My eBay Store
=Buy It Now                   $173.00
Listed:                   Dec-06 09:31



4" x 84' Dollamur MMA Wrestling Mat Tape - 3 Rolls 🅟
Free Shipping! Visit My eBay Store
=Buy It Now                    $28.99
Listed:                   Sep-17 06:40

⬇ Previous  1 | 2  Next  ⬆

Listed:

SALE

10x5x1.25" Dollamur Ultralight Wrestling Mat Camo 🅟
Free Shipping!
=Buy It Now                   $236.55   $249.00
5% Off
Listed:                   Dec-16 14:32



4" x 84' Dollamur MMA Wrestling Mat Tape - ONE ROLL 🅟
Free Shipping! Visit My eBay Store
=Buy It Now                    $10.99
Listed:                   Oct-10 06:33

**Page 1 of 2**

An eBay Store maintained by:  dollamur ( 1373 ⭐ ) 🏆Power Seller me 📧

**Tools:** My eBay

Seller, manage Store

RSS Learn more about feeds

eBay Store - Wrestling Mats: Mat, Martial Arts Judo, Dollamur Flexi

eBay Pulse | eBay Reviews | eBay Stores | Half.com | Reseller Marketplace | Austria | France | Germany | Italy | Spain | United Kingdom | Popular Searches
Kijiji | PayPal | ProStores | Apartments for Rent | Shopping.com | Skype | Tickets

About eBay | Announcements | Security Center | Resolution Center | eBay Toolbar | Policies | Government Relations | Site Map | Help

Copyright © 1995-2008 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective owners. Use of this Web site constitutes acceptance of the eBay User Agreement and Privacy Policy.

eBay official time

Cheerleading Mats, Carpet Bonded Foam, Portable Game Mats, Cheerleading Spring Floors, and More Manufactured By Tiffin



# ATHLETIC MATS. INC.
QUALITY MATS FOR ATHLETES WORLDWIDE

**Categories:**

Folding Mats
Cheerleading
Gymnastics
Wrestling
Martial Arts
Rock Climbing
Floor Systems
Skill Shapes
Physical Education
Tumbl Trak Equipment
Multi Use
Balance Beams
Dance

Home > Cheerleading Mats

**CARPET BONDED FOAM**

**SPRING FLOORS**

**PORTABLE GAME MATS**

**FOLDING MATS**



**FLEXI SKILL MATS**



**TRAINING MATS**

**FLEXI BEAMS AND CARTWHEEL MATS**



**STUNT PITS**

**TUMBL TRAK**

**BALANCE DISC**

**VELCRO**

**CARPET STORAGE BAG**

**EXHIBIT C**

Click Here to Receive Cheerleading Mat Specials

1/27/2009

Cheerleading Mats, Carpet Bonded Foam, Portable Game Mats, Cheerleading Spring Floors, and More Manufactured By Tiffin











**Join Our Mailing List / Floor Package Deals / Floor Rentals / Competitive Pricing**

**FOLDING MATS**

**CHEERLEADING**

**GYMNASTICS**

**SKILL SHAPES**

**MARTIAL ARTS**

**WRESTLING**

**FLOOR SYSTEMS**

**ROCK CLIMBING**

**HOME FITNESS**

**PHYSICAL EDUCATION**

**TRAINING APPARATUS**

**TUMBL TRAK**

Folding mats, tumble mats, econo mats, build-a-mats, gym mats, elementary skill mats and more...

Training mats, cheer mats, flooring, carpet foam, flexi cheer mats, game mats, and stunt pits

Gymnastics equipment, flooring, gymnastics mats, landing mats and practice mats

Many preschool shapes, safety mats, tumble and gym mats

Sparring mats, takedown mats, throw mats, custom flooring, perfect for every martial arts style

Wrestling floor systems, wrestling mats, wall padding and more...

Spring flooring, carpet foam, custom flooring for sports and competition

Rock climbing mats and flooring

Home fitness mats for use in the home and small locations

Mats, shapes, and more perfect for use in any gym

Training devices for balance, fitness, gymnastics and cheerleading

Tumble Trak equipment is great for learning and practicing tumbling and gymnastics skills

Tiffin Athletic Mats has over 50 years of experience in safety mats. We offer high quality, factory-direct gymnastics mats and flooring, cheerleading mats, martial arts mats, folding mats, wrestling mats and so much more. Please contact one of our sales representatives for help customizing your floors and mats.






©2008 Tiffin Athletic Mats, Inc. • P.O. BOX 823 • Elkton, MD 21922
[Phone] 1-800-TIFFINS (1-800-843-3467) • [Fax] 1-410-398-7397

Catalog    Financing    Quotes    Links    Employment    Affiliate Program    Policies

1/27/2009

http://www.tiffinmats.com/cheerleading/



# TIFFIN ATHLETIC MATS, INC.
QUALITY MATS FOR ATHLETES WORLDWIDE

*Categories:*

Folding Mats
Cheerleading
Gymnastics
Wrestling
Martial Arts
Rock Climbing
Floor Systems
Skill Shapes
Physical Education
Tumbl Trak Equipment
Multi Use
Balance Beams
Dance







## Flexi Skill Mat

**Gymnastics and Cheerleading floor performance in a rolling mat.** Identical to the rugged blue carpeted surface used at gymnastics and cheerleading competitions. The same durable blue carpet is permanently bonded to the highest quality cross-linked polyethylene foam. You maintain superior traction, while still being afforded the best shock absorption in this long-lasting foam mat product. The *Flexi Skill Mat* is available in most popular and essential sizes. *Flexi Skill Mats*, roll up for easy storage and are available in both 1-3/8" and 2" thicknesses.

|  | CXL1FR (1-3/8") | CXL2FR (2") |
|---|---|---|
| 4' x 6' | $99 | $120 |
| 4' x 8' | $159 | $240 |
| 5' x 10' | $199 | $299 Sale $229 |

*Click on price to order online*

## Finishes

**Carpet Bonded–**
Constructed with a blue carpeted surface overtop cross linked foam. The carpet finish allows for you to have superior traction. Flexi design allows you to roll and carry with ease.

**Vinyl Bonded–**
Constructed with a 24oz durable vinyl and a cross linked foam. Flexi design allows you to roll and carry with ease. The vinyl surface is treated with a Bio-Tech anti-microbial additive. This vinyl surface is gouge and tear resistant.

STOCK MATS

FLOOR PACKAGES

Case 3:09-cv-00091 Document 13 Filed 01/28/09 Page ... PageID ...

http://www.tiffinmats.com/Products/flexiskillmat.html

1/27/2009

## Other Products To Consider:

 

Portable Game Mats    Carpet Bonded Foam

**Join Our Mailing List / Floor Package Deals / Floor Rentals / Competitive Pricing**

**FOLDING MATS** — Folding mats, tumble mats, econo mats, build-a-mats, gym mats, elementary skill mats and more...

**CHEERLEADING** — Training mats, cheer mats, flooring, carpet foam, flexi cheer mats, game mats, and stunt pits

**GYMNASTICS** — Gymnastics equipment, flooring, gymnastics mats, landing mats and practice mats

**SKILL SHAPES** — Many preschool shapes, safety mats, tumble and gym mats

**MARTIAL ARTS** — Sparring mats, takedown mats, throw mats, custom flooring, perfect for every martial arts style

**WRESTLING** — Wrestling floor systems, wrestling mats, wall padding and more...

**FLOOR SYSTEMS** — Spring flooring, carpet foam, custom flooring for sports and competition

**ROCK CLIMBING** — Rock climbing mats and flooring

**HOME FITNESS** — Home fitness mats for use in the home and small locations

**PHYSICAL EDUCATION** — Mats, shapes, and more perfect for use in any gym

**TRAINING APPARATUS** — Training devices for balance, fitness, gymnastics and cheerleading

**TUMBL TRAK** — Tumble Trak equipment is great for learning and practicing tumbling and gymnastics skills

Tiffin Athletic Mats has over 50 years of experience in safety mats. We offer high quality, factory-direct gymnastics mats and flooring, cheerleading mats, martial arts mats, folding mats, wrestling mats and so much more. Please contact one of our sales representatives for help customizing your floors and mats.

 

Catalog    Financing    Quotes    Links    Employment    Affiliate Program    Policies

©2008 Tiffin Athletic Mats, Inc. • P.O. BOX 823 • Elkton, MD 21922

Tiffin Athletic Mats - Cheerleading - Training Mats - Felxi Skill Mats

[Phone] 1-800-TIFFINS (1-800-843-3467) • [Fax] 1-410-398-7397

http://www.tiffinmats.com/Products/flexiskillmat.html



# TIFFIN
## ATHLETIC MATS, INC.
QUALITY MATS FOR ATHLETES WORLDWIDE

### Categories:
- Folding Mats
- Cheerleading
- Gymnastics
- Floor Systems
- Landing Mats
- Folding Mats
- Flexi Beams Mats
- Flexi Cartwheel Mats
- Flexi Skill Mats
- Training Mats
- Throw Mats
- Tumble Trak Mats
- Beam Base Pad
- Stunt Pits
- Carpet Bonded Foam
- Padded Vault Runway
- Vaulting Safety Zone
- Level 4 Vault System
- Sting Mats
- Replacement Foam
- Foam Blocks
- Jr. Bar Trainer
- Bronco Mini Board
- Lunge Strap
- Tumbling Practice Belts
- Twisting Belts
- Mile Hi Board
- Wrestling
- Martial Arts
- Rock Climbing
- Floor Systems
- Skill Shapes
- Physical Education
- Tumbl Trak Equipment
- Home Fitness
- Balance Beams



## Flexi Cartwheel Mats

The *Flexi Cartwheel Mats* are available in most popular and essential sizes. They can be used for training cartwheels, handstands and more. Best of all, *Flexi Cartwheel Mats*, roll up for easy storage and are available in 5-1/8", 1-3/8", and 2" thicknesses. The Carpet Bonded Flexi Cartwheel Mat comes with a 2" velcro strip and velcro hand and footprints. The Vinyl Bonded Flexi Cartwheel Mat come screened with hand and footprints.



| | | |
|---|---|---|
| FBM58 | 2'x6'x5/8" | $ 35 |
| FBM125 | 2'x6'x1-3/8" | $ 39 |
| FBM200 | 2'x6'x2" | $ 45 |



## Flexi Rollable Floor Beam

This is a great beam for beginners learning basic balancing skills. A Flexi Rollable Floor Beam is very lightweight and easy to store. This would make a great addition to your gym club or preschool. **Free shipping in the continental U.S.**



http://www.tiffinmats.com/gymnastics/flexirollablefloorbeam.html

1/27/2009

Dance





Click Here to Receive Gymnastic Mat Specials

**Vinyl Bonded Rollable Floor Beam**

**Carpet Bonded Rollable Floor Beam**

| | | |
|---|---|---|
| RFB6 | 6"x6'x1-3/8" | $ 18.95 |
| RFB8 | 6"x8'x1-3/8" | $ 23.95 |
| RFB10 | 6"x10'x1-3/8" | $ 29.95 |
| RFB12 | 6"x12'x1-3/8" | $ 35.95 |

**Finishes**

**Carpet Bonded-**
Constructed with a blue carpeted surface overtop cross linked foam. The carpet finish allows for you to have superior traction. Flexi design allows you to roll and carry with ease.

**Vinyl Bonded-**
Constructed with a 24oz durable vinyl and a cross linked foam. Flexi design allows you to roll and carry with ease. The vinyl surface is treated with a Bio-Tech anti-microbial additive. This vinyl surface is gouge and tear resistant.

Join Our Mailing List / Floor Package Deals / Floor Rentals / Competitive Pricing

**FOLDING MATS**    Folding mats, tumble mats, econo mats, build-a-mats, gym mats, elementary skill mats and more...
**CHEERLEADING**    Training mats, cheer mats, flooring, carpet foam, flexi cheer mats, game mats, and stunt pits

http://www.tiffinmats.com/gymnastics/flexirollablefloorbeam.html

1/27/2009

**GYMNASTICS** — Gymnastics equipment, flooring, gymnastics mats, landing mats and practice mats

**SKILL SHAPES** — Many preschool shapes, safety mats, tumble and gym mats

**MARTIAL ARTS** — Sparring mats, takedown mats, throw mats, custom flooring, perfect for every martial arts style

**WRESTLING** — Wrestling floor systems, wrestling mats, wall padding and more...

**FLOOR SYSTEMS** — Spring flooring, carpet foam, custom flooring for sports and competition

**ROCK CLIMBING** — Rock climbing mats and flooring

**HOME FITNESS** — Home fitness mats for use in the home and small locations

**PHYSICAL EDUCATION** — Mats, shapes, and more perfect for use in any gym

**TRAINING APPARATUS** — Training devices for balance, fitness, gymnastics and cheerleading

**TUMBL TRAK** — Tumble Trak equipment is great for learning and practicing tumbling and gymnastics skills

Tiffin Athletic Mats has over 50 years of experience in safety mats. We offer high quality, factory-direct gymnastics mats and flooring, cheerleading mats, martial arts mats, folding mats, wrestling mats and so much more. Please contact one of our sales representatives for help customizing your floors and mats.



Catalog   Financing   Quotes   Links   Employment   Affiliate Program   Policies

©2008 Tiffin Athletic Mats, Inc. • P.O. BOX 823 • Elkton, MD 21922
[Phone] 1-800-TIFFINS (1-800-843-3467) • [Fax] 1-410-398-7397

http://www.tiffinmats.com/gymnastics/flexirollablefloorbeam.html   1/27/2009



MMA/Grappling Mats

Smooth Surface




# TIFFIN
## ATHLETIC MATS. INC.
QUALITY MATS FOR ATHLETES WORLDWIDE

*Categories:*

Folding Mats
Cheerleading
Gymnastics
Wrestling
Martial Arts
Rock Climbing
Floor Systems
Skill Shapes
Physical Education
Tumbl Trak Equipment
Multi Use
Balance Beams
Dance



**Click Here to Receive Wrestling Mat Specials**

**10% OFF** SELECTED WRESTLING MATS!
click here for more details

## Flexi Wrestling Mats

Tiffin Wrestling Mats are proven to be lightweight and easy to handle. The flexi cut feature which is standard on all our wrestling mats allow for a one person to easily setup and break down a wrestling competition floor in just a few minutes. This feature is also perfect for home use wrestling mats.

Our surface is made with a 24oz. non-slip, non-abrasive vinyl, with a non woven polyester backing for added strength and comfort. The wrestling mat surface will never crack nor peel. Our wrestling mats are manufactured using closed cell cross linked polyethylene foam that is proven to not break down under normal bending or compression. Tiffin wrestling mats are not simply glued, instead the manufacturing process creates a permanent, virtually indestructible bond between the foam and vinyl layers. During fabrication, the foam and vinyl are heated in the cooling process these two layers become one.

## Flexi Wrestling Mat Advantages

Wrestling Mats, Wrestling Floor Systems, and Wrestling Meet Mats Manufactured by Tiffin Athletic Mats








- The only true multi sport mat for wrestling
- Ultra light and portable
- Easy to move, set up, and store
- No hardening or shrinking
- No reconditioning or cover repair required
- Outstanding performance and durability
- Superb shock absorption

*Markings not included, must specify at checkout

## Flexi Wrestling Mat Colors



white
grey
vanilla
orange
red
maroon
green
purple
royal blue
navy blue
black

24 oz. Vinyl Colors

## Flexi Wrestling Mat Pricing

| SKU | Size | Price |
|---|---|---|
| WM12SS812 | 8"x12'x1.25" | $460 Sale $395 |
| WM12SS1010 | 10'x10'x1.25" | $475 Sale $420 |
| WM12SS1012 | 10'x12'x1.25" | $570 |
| WM12SS1212 | 12'x12'x1.25" | $595 |
| WM12SS1812 | 18'x12'x1.25" | $895 |

Wrestling Mats, Wrestling Floor Systems, and Wrestling Meet Mats Manufactured by Tiffin Athletic Mats



| WM125S1818 | 18x18x1.25" | $1,295 |
| WM125S2424 | 24x24x1.25" | $2,304 |

## *FREE SHIPPING ON MOST WRESTLING MATS!!!*

Exceptions:
- Free Freight to commercial addresses only! If shipping to residential, add a $30 fee.
  *Offer applies to Continental US only
  - Only applies to rolls 5' or smaller in width

Other Products To Consider:



Mat Tape



Storage Bags

## Join Our Mailing List / Floor Package Deals / Floor Rentals / Competitive Pricing

Folding mats, tumble mats, econo mats, build-a-mats, gym mats, elementary skill mats and more...
Training mats, cheer mats, flooring, carpet foam, flexi cheer mats, game mats, and stunt pits
Gymnastics equipment, flooring, gymnastics mats, landing mats and practice mats
Many preschool shapes, safety mats, tumble and gym mats
Sparring mats, takedown mats, throw mats, custom flooring, perfect for every martial arts style
Wrestling floor systems, wrestling mats, wall padding and more...
Spring flooring, carpet foam, custom flooring for sports and competition
Rock climbing mats and flooring
Home fitness mats for use in the home and small locations

**FOLDING MATS**
**CHEERLEADING**
**GYMNASTICS**
**SKILL SHAPES**
**MARTIAL ARTS**
**WRESTLING**
**FLOOR SYSTEMS**
**ROCK CLIMBING**
**HOME FITNESS**



1/27/2009

Wrestling Mats, Wrestling Floor Systems, and Wrestling Meet Mats Manufactured by Tiffin Athletic Mats

**PHYSICAL EDUCATION**    Mats, shapes, and more perfect for use in any gym

**TRAINING APPARATUS**    Training devices for balance, fitness, gymnastics and cheerleading

**TUMBL TRAK**    Tumble Trak equipment is great for learning and practicing tumbling and gymnastics skills

Tiffin Athletic Mats has over 50 years of experience in safety mats. We offer high quality, factory-direct gymnastics mats and flooring, cheerleading mats, martial arts mats, folding mats, wrestling mats and so much more. Please contact one of our sales representatives for help customizing your floors and mats.



| Catalog | Financing | Quotes | Links | Employment | Affiliate Program | Policies |

©2008 Tiffin Athletic Mats, Inc. • P.O. BOX 823 • Elkton, MD 21922
[Phone] 1-800-TIFFINS (1-800-843-3467) • [Fax] 1-410-398-7397

Case 3:09-cv-00091    Document 1-3    Filed 01/28/09    Page 12 of 23    PageID #: 49

1/27/2009



Wrestling Mats



TIFFIN
ATHLETIC MATS. INC.
QUALITY MATS FOR ATHLETES WORLDWIDE

*Categories:*

Folding Mats
Cheerleading
Gymnastics
Wrestling
Martial Arts
Rock Climbing
Floor Systems
Skill Shapes
Physical Education
Tumbl Trak Equipment
Multi Use
Balance Beams
Dance



**Click Here to Receive
Wrestling Mat
Specials**

## Flexi MMA and Grappling Mats

Tiffin's Tatami style Martial Arts Mars are versatile and easy to handle. They can be used in recreation clubs, schools, and events/ This style mat is lightweight, portable, easy to setup and take down, and extremely durable. Our Tatami Mat is great for all varieties of Martial Arts. Also ideal for home use.

This mat is made of the same durable 24oz. vinyl which is available in a Tatami style and smooth surface vinyl. Constructed with a closed cell polyethylene foam, this mat offers superb shock absorption. Available in 5/8", 1.25", and 2" thicknesses.



**Tatami Surface**

## Advantages

- Great for all styles of Martial Arts
- Ultra light and portable
- Easy to move, set-up, and store

http://www.tiffinmats.com/ssi/martial_arts/grappling_mats.html

1/27/2009

- Outstanding performance and durability
- Superb shock absorption
- Tatami style surface or smooth surface
- Wall to wall installations





## Color



royal blue

24 oz. Tatami Surface Color

## Pricing

| SKU | Size | Price |
|---|---|---|
| JU125S812 | 8"x12"x1.25" | $469 Sale $395 |
| JU125S1010 | 10"x10"x1.25" | $475 |
| JU125S1012 | 10"x12"x1.25" | $570 |
| JU125S1212 | 12"x12"x1.25" | $595 |
| JU125S1812 | 18"x12"x1.25" | $895 |
| JU125S1818 | 18"x18"x1.25" | $1,295 |
| JU125S2424 | 24"x24"x1.25" | $2,304 |





1/27/2009

http://www.tiffinmats.com/ssi/martial_arts/grappling_mats.html

# *FREE SHIPPING ON MOST MMA AND GRAPPLING MATS!!!*

Exceptions:
- Free Freight to commercial addresses only! If shipping to residential, add a $30 fee.
  *Offer applies to Continental US only
  - Only applies to rolls 5' or smaller in width

Other Products To Consider:



Mat Tape



Storage Bags

Join Our Mailing List / Floor Package Deals / Floor Rentals / Competitive Pricing

| | |
|---|---|
| FOLDING MATS | Folding mats, tumble mats, econo mats, build-a-mats, gym mats, elementary skill mats and more... |
| CHEERLEADING | Training mats, cheer mats, flooring, gymnastics mats, landing mats and practice mats |
| GYMNASTICS | Gymnastics equipment, flooring, gymnastics mats, landing mats and practice mats |
| SKILL SHAPES | Many preschool shapes, safety mats, tumble and gym mats |
| MARTIAL ARTS | Sparring mats, takedown mats, throw mats, custom flooring, perfect for every martial arts style |
| WRESTLING | Wrestling floor systems, wrestling mats, wall padding and more... |
| FLOOR SYSTEMS | Spring flooring, carpet foam, custom flooring for sports and competition |
| ROCK CLIMBING | Rock climbing mats and flooring |
| HOME FITNESS | Home fitness mats for use in the home and small locations |
| PHYSICAL EDUCATION | Mats, shapes, and more perfect for use in any gym |
| TRAINING APPARATUS | Training devices for balance, fitness, gymnastics and cheerleading |
| TUMBL TRAK | Tumble Trak equipment is great for learning and practicing tumbling and gymnastics skills |

Tiffin Athletic Mats has over 50 years of experience in safety mats. We offer high quality, factory-direct gymnastics mats and flooring, cheerleading mats, martial arts mats, folding mats, wrestling mats and so much more. Please contact one of our sales representatives for help customizing your floors and mats.



Catalog          Financing          Quotes          Links          Employment          Affiliate Program          Policies

©2008 Tiffin Athletic Mats, Inc. • P.O. BOX 823 • Elkton, MD 21922
[Phone] 1-800-TIFFINS (1-800-843-3467) • [Fax] 1-410-398-7397



ATHLETIC MATS. INC.

QUALITY MATS FOR ATHLETES WORLDWIDE

**Categories:**

Folding Mats
Cheerleading
Carpet Bonded Foam
Portable Game Mats
Flexi Skill Mats
Flexi Beams
Spring Floors
Folding Mats
Training Mats
Stunt Pits
Tumbl Trak
Balance Disc
Velcro
Storage Bag
Gymnastics
Wrestling
Martial Arts
Rock Climbing
Floor Systems
Skill Shapes
Physical Education
Tumbl Trak Equipment
Home Fitness
Balance Beams
Dance

| Combo | Baltic Birch | Foam Blocks | Replacement Foam |

## Flexi Cheer Mat Carpet Foam

The unique way that the Flexi Cheer Mat floor rolls up makes this system revolutionary. One person can easily roll-up or roll-out a Flexi Cheer Mat section or entire floor. The rolls are not flipped before or after rolling. The rolls practically unroll themselves!



*Replacement Velcro Rolls are now on sale, hurry while supplies last*



**CXL125FR** has 1-3/8" thickness for medium floor protection.

**CXL200FR** has 2" thickness with superior protection recommended for advanced tumbling.

**CXL125EVAFR** has high-rebounding EVA foam. EVA foam is what we use to make the blocks under our spring floors. It comes in 1-3/8" thicknesses.

## *Click Here To Check Out Our Demo Rolls*

(sizes could be more or less than 4' due to manufacturing)

| | | |
|---|---|---|
| **CXL12536FR** | 6'x36'x1-3/8" | $499 |
| **CXL12540FR** | 6'x40'x1-3/8" | $595 |
| **CXL125FR** | 6'x42'x1-3/8" | $~~640~~ Sale $630 |
| **CXL125EVAFR** | 6'x42'x1-3/8" | $ 830 |
| **CXL20036FR** | 6'x36'x2" | $599 |
| **CXL20040FR** | 6'x40'x2" | $695 |
| **CXL200FR** | 6'x42'x2" | $~~850~~ Sale $ 770 |

1/27/2009

http://www.tiffinmats.com/Products/flexicheermats.html

Click Here to Receive
Cheerleading Mat
Specials

## Standard Carpet Foam

Blue 26 oz. needle punch carpet permanently flame-laminated to lightweight, durable crossed-link polyethylene foam rolls 6' x 42' long. This lightweight combination is ideal for fast, easy daily setups in gymnasiums/multipurpose rooms.

**CXL125** has 1-3/8" thickness for medium floor protection.

**CXL200** has 2" thickness with superior protection recommended for advanced tumbling.

**CXL125EVA** has high-rebounding EVA foam. EVA foam is what we use to make the blocks under our spring floors. It comes in 1-3/8" thicknesses.



| (sizes could be more or less than 4" due to manufacturing) | | |
|---|---|---|
| CXL125 | 6'x42'x1-3/8" | $~~675~~ Sale $ 540 |
| CXL125EVA | 6'x42'x1-3/8" | $ 740 |
| CXL200 | 6'x42'x2" | $~~748~~ Sale $ 710 |

**Other Products To Consider:**



Flexi Skill Mats





Portable Game Mats

**FOLDING MATS**
**CHEERLEADING**
**GYMNASTICS**
**SKILL SHAPES**
**MARTIAL ARTS**
**WRESTLING**
**FLOOR SYSTEMS**
**ROCK CLIMBING**
**HOME FITNESS**
**PHYSICAL EDUCATION**
**TRAINING APPARATUS**
**TUMBL TRAK**

Folding mats, tumble mats, econo mats, build-a-mats, gym mats, elementary skill mats and more...
Training mats, cheer mats, flooring, carpet foam, flexi cheer mats, game mats, and stunt pits
Gymnastics equipment, flooring, gymnastics mats, landing mats and practice mats
Many preschool shapes, safety mats, tumble and gym mats
Sparring mats, takedown mats, throw mats, custom flooring, perfect for every martial arts style
Wrestling floor systems, wrestling mats, wall padding and more...
Spring flooring, carpet foam, custom flooring for sports and competition
Rock climbing mats and flooring
Home fitness mats for use in the home and small locations
Mats, shapes, and more perfect for use in any gym
Training devices for balance, fitness, gymnastics and cheerleading
Tumble Trak equipment is great for learning and practicing tumbling and gymnastics skills

Tiffin Athletic Mats has over 50 years of experience in safety mats. We offer high quality, factory-direct gymnastics mats and flooring, cheerleading mats, martial arts mats, folding mats, wrestling mats and so much more. Please contact one of our sales representatives for help customizing your floors and mats.






Catalog

Financing

Quotes

Links

Employment

Affiliate Program

Policies

©2008 Tiffin Athletic Mats, Inc. • P.O. BOX 823 • Elkton, MD 21922
[Phone] 1-800-TIFFINS (1-800-843-3467) • [Fax] 1-410-398-7397

ebY®

Welcome! Sign in or register.

Categories ▼    Motors    Stores

Buy · Sell · My eBay · Community · Help

Site Map

All Categories

Search    Advanced Search

Home > eBay Stores > Tiffin Athletic Mats > All Categories

## Tiffin Athletic Mats

**Maintained by:** tiffinam ( 450 ☆ ) ※ Power Seller ▣

Add to My Favorite Stores

Tiffin Athletic Mats, Inc. has been manufacturing athletic mats for over 25 years. Our goal is to provide durable, high quality athletic mats at an affordable price.

**Store Search**

☐ in titles & descriptions

Search

**Matching Categories**

Store home
Folding Mats (24)
Home Use Mats (16)
Balance Beams (17)
MMA Martial Arts (22)
Skill Shape Mats (23)
Carpet Bonded
Foam (34)
Velcro Replacement
Rolls (2)
Wrestling Mat Tape (11)
Cheerleading Flexi -Roll
Mats (18)
Gymnastic Folding
Mats (1)

170 items found in **All Categories**

List View | Picture Gallery

View:   **All Items** | Auction only | Buy It Now only | On Sale only

Sort by:   Time: ending soonest

| Picture hide | Item Title | Price | Bids | Time Left ▲ |
|---|---|---|---|---|
| | TAM Flexi Wrestling, MMA Martial Arts Mat 12'x8'x1.25"<br>New Wrestling Mat - Free Shipping ! | $395.00 | ≡Buy It Now | 1h 38m |
| | Tiffin Gymnastic Incline Mat 3' x 6' x 16"<br>Quality Mats Shipped World Wide | $240.00 | ≡Buy It Now<br>or Best Offer | 4h 45m |
| | Flexi Carpet Bonded Foam Mats 6'x36'x1-3/8" Rolls<br>Flexi Mats by Tiffin | $499.00 | ≡Buy It Now<br>or Best Offer | 4h 50m |
| | TAM Flexi Carpet Bonded Foam Mats 6'x40'x1-3/8" Rolls | $595.00 | ≡Buy It Now<br>or Best Offer | 5h 00m |
| | Flexi Carpet Bonded Foam Mats 6'x42'x1-3/8" Rolls | $630.00 | ≡Buy It Now<br>or Best Offer | 5h 08m |
| | TAM Flexi Wrestling, MMA Martial Arts Mats 4'x6' Rolls<br>26 Years of Experience, 1.25" Thick - Free Shipping | $99.00 | ≡Buy It Now | |

**Wrestling Mats** (40)
**Cartwheel and Tot Mats** (10)
**Gym Exercise Folding Mats** (20)
**Wrestling, MMA, Martial Arts Mat** (7)
**Other Items** (15)

Display

▪ Gallery view
▪ View ending times (Ends PST)

Shipping & Payment

Payment- Paypal or Money Order



Octagon Tumbling Training Gymnastic Mat 25x 30
Quality Mats Shipped World Wide by Tiffin Mats

$199.00   =Buy It Now or Best Offer   5h 28m

Octagon Tumbling Training Gymnastic Mat 25x 30
Quality Mats Shipped World Wide by Tiffin Mats

$199.00   =Buy It Now or Best Offer

TMA Flexi MMA, Martial Arts, Wrestling Mat 10'x10' Rolls
Tatami Mat Finish 1.25" - This Mats In Stock

$420.00   =Buy It Now or Best Offer   5h 30m



TAM Flexi Wrestling, MMA, Martial Arts, Mat 6'x4'x1.25"
New Wrestling Mat Surface - Free Shipping !

$99.00   =Buy It Now   5h 40m



TMA Flexi MMA, Martial Arts, Wrestling Mat 12'x12' Rolls
26 Years Of Experience, Flexi Mat ,1.25" Thick

$595.00   =Buy It Now or Best Offer   5h 42m



Tiffin's 2 Rolls of 4" Wrestling Mat Tape
Free Shipping

$29.95   =Buy It Now

Tiffin 1 Roll of 4" Wrestling Mat Tape
Quality Wrestling Mat Tape by -Tiffin Mats

$11.50   =Buy It Now



Tiffin's 2 Rolls of 3" Wrestling Mat Tape
Quality Wrestling Mat Tape by-Tiffin Mats

$25.95   =Buy It Now



TAM Flexi Wrestling, MMA, Martial Arts, Mat 6'x4'x1.25"
New Wrestling Mat Surface - Free Shipping !

$99.00   =Buy It Now   1d 02h 12m



TAM Flexi Wrestling, MMA, Martial Arts, Mat 12'x12' Rolls

$595.00   =Buy It Now   1d 06h 46m



TAM Flexi Wrestling, MMA, Martial Arts, Mat 12'x8'x1.25"

=Buy It Now

eBay Store – Tiffin Athletic Mats: Search results for.




| | | | |
|---|---|---|---|
| Tiffins 26 years of Experience, Flexi Wrestling Mats | $395.00 | | 1d 23h 43m |
| TAM Flexi Wrestling, MMA,Martial Arts,Mat 12'x8'x1.25"<br>New Wrestling Mat - Free Shipping ! | $395.00 | =Buy It Now | 2d 32m |
| TAM Flexi Wrestling, MMA,Martial Arts,Mat 18x12'x2"<br>2" Thick New Wrestling Mat - Free Shipping ! | $1,095.00 | =Buy It Now<br>or Best Offer | 2d 50m |
| Octagon Tumbling Training Gymnastic Mat 15x 24<br>Holiday Specials - Free Shipping | $99.00 | =Buy It Now | |
| TAM Flexi Wrestling, MMA,Martial Arts,Mat 12'x8'x1.25"<br>New Wrestling Mat - Free Shipping ! | $395.00 | =Buy It Now | |
| Tiffin Flexi Wrestling Mat 18' x 18' x 1.25" | $1,295.00 | =Buy It Now<br>or Best Offer | |
| TAM Gymnastic,Balance Beam Gym Beams 8 Ft. Long<br>Quality Mats for Athlets World Wide | $22.00 | =Buy It Now | 2d 06h 55m |
| Flexi Carpet Bonded Foam Cheerleading Mats 6'x40'x1-3/8 | $595.00 | =Buy It Now | 2d 07h 56m |
| TAM Flexi Wrestling, MMA,Martial Arts,Mat 12'x8'x1.25"<br>New Wrestling Mat - Free Shipping ! | $395.00 | =Buy It Now | 2d 07h 56m |
| TAM Flexi Wrestling, MMA,Martial Arts,Mat 18'x10'x1.25"<br>New Wrestling Mats - Free Shipping ! | $860.00 | =Buy It Now<br>or Best Offer | 2d 07h 57m |
| 2" thick 4'x6' Tumbling Folding Mat Gymnastic, Exercise | $109.00 | =Buy It Now | 2d 07h 57m |
| TAM Flexi Wrestling, MMA,Martial Arts,Mat 6'x4'x1.25"<br>New Wrestling Mat Surface - Free Shipping ! | $99.00 | =Buy It Now | 2d 07h 57m |

Tiffin Flexi Cheerleading Gymnastic Mats 4 x 6 x 2"
Carpet Bonded Cheerleading Mat -In Stock- Free Shipping

$119.00 ≡Buy It Now
or Best Offer     2d 07h 57m

Martial Art,MMA,Judo,Wrestling Folding Mats 4'x8'x1-3/8
Quality Mats World Wide by Tiffin- Free Shipping

$169.00 ≡Buy It Now     2d 07h 58m

**Page 1** of 6

⇦ Previous   1 | 2 | 3 | 4 | 5 | 6 | Next→ ⬆

Go to page
[Go]

**An eBay Store maintained by:**  tiffinam ( 450 ☆ )  ⚡Power Seller

Seller, manage Store

**Tools:**  My eBay Favorites   |   Want It Now

eBay Pulse | eBay Reviews | eBay Stores | Half.com | Global Buying Hub | Austria | France | Germany | Italy | Spain | United Kingdom | Popular Searches
Kijiji | PayPal | ProStores | Apartments for Rent | Shopping.com | Skype | Tickets

About eBay | Announcements | Security Center | Resolution Center | eBay Toolbar | Policies | Government Relations | Site Map | Help

Copyright © 1995-2008 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective owners. Use of this Web site constitutes acceptance of the eBay User Agreement and Privacy Policy.

eBay official time

http://search.stores.ebay.com/Tiffin-Athletic-Mats_W0QQftsZ1QQsaselZ271476272QQsatitleZQQsofpZ0QQ trksidZp3286.c0.m57

1/27/2009

ROBERT L. BREWER
TEL: (615) 742-7760
FAX: (615) 742-0410
rbrewer@bassberry.com

# BASS, BERRY & SIMS PLC

A PROFESSIONAL LIMITED LIABILITY COMPANY
ATTORNEYS AT LAW

AMSOUTH CENTER
315 DEADERICK STREET, SUITE 2700
NASHVILLE, TN 37238-3001
(615) 742-6200

www.bassberry.com

May 23, 2007

**VIA FACSIMILE AND CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Tiffin Athletic Mats
P.O. BOX 823
Elkton, MD 21922
Facsimile: (410) 398-7397

    **RE:**   **FLEXI-ROLL®/Trademark Infringement**

To Whom It May Concern:

    This firm represents Dollamur, LP ("Dollamur"), owner of the mark **FLEXI-ROLL®**. Dollamur is also the owner of U.S. Trademark Registration No. 3,069,679 for **FLEXI-ROLL** for use in connection with "personal exercise mats" and "sporting mats, namely, gymnastic mats, cheerleading mats, and wrestling mats" (the "Mark").

    It has come to our client's attention that Tiffin Athletic Mats ("Tiffin Athletic Mats") is using the names "Flexi Roll" and "Flexi Sport Rolls" as trademarks and brand names in connection with its gymnastic and cheer-floors. A copy of Tiffin Athletic Mats' email advertisement dated May 15, 2007 is enclosed herewith. The advertisement appears to include a Dollamur **FLEXI-ROLL** mat in the picture. In addition, the terms "Flexi Sport Rolls" and "Flexi Roll" are used on the Tiffin Athletic Mat website at www.tiffinmats.com and in the metatags for the website. Printouts from the Tiffin website are enclosed.

    Please be advised that we view Tiffin Athletic Mats' use of the designations "Flexi Roll" and "Flexi Sport Rolls" in connection with its floor systems and mats as a serious infringement and dilution of our client's valuable trademark. The unauthorized use of an identical mark and a nearly identical mark on identical goods will cause confusion as to the source of origin or sponsorship and/or dilute the distinctiveness of our client's Mark. Tiffin Athletic Mats' use of the terms "Flexi Roll" and "Flexi Sports Roll" also will diminish the ability of our client's Mark to identify Dollamur's exercise and sporting mats and constitutes an infringement of our client's intellectual property rights in its Mark, unfair competition and false designation of origin in violation of the Lanham Act and applicable federal and state intellectual property laws.

**EXHIBIT**

**D**

Such a willful attempt to trade on our client's goodwill entitles Dollamur to injunctive relief, compensatory damages, punitive damages, costs and attorneys' fees. In view of the foregoing, we make the following demands:

1.    Immediately and permanently cease any and all further use of the designations "Flexi Roll" and "Flexi Sports Roll" in any manner whatsoever, including without limitation, on any advertising, on your website, and in your metatags;

2.    Provide us with proof that you have ceased from using or otherwise exploiting any trademark or other name that is likely to cause confusion with Dollamur's Mark or suggest an association or affiliation with Dollamur or its products;

3.    Provide us with a full accounting of all advertising that has been placed in whatever media bearing the names "Flexi Roll" and "Flexi Sports Roll"; and

4.    Provide us with a full accounting of all products bearing the names "Flexi Sports Roll" and/or "Flexi Roll" that have been sold, including a list of all used or new Dollamur products that have been sold by Tiffin Athletic Mats using the "Flexi Roll" and "Flexi Sports Roll" names.

We ask for your response by June 8, 2007. Should you fail to respond to this letter and extend your cooperation by complying with the requests outlined above by this date, we will take action with respect to your unauthorized use in accordance with instructions received from our client and without further notice to you. Dollamur reserves all rights in the event this conflict is not amicably resolved.

If you or your counsel have any questions about the foregoing, you may contact us at (615) 742-6200. We look forward to a prompt and positive response.

Sincerely,

Robert L. Brewer

Enclosures

cc:    Dollamur, LP
       Howard H. Lamar, Esq.



```
*  *  *  COMMUNICATION RESULT REPORT ( MAY.24.2007  9:02AM ) *  *  *
                                                        TTI
                                                      RESULT   PAGE
FILE MODE      OPTION           ADDRESS (GROUP)
070  MEMORY TX                  914103987397            OK      P. 4/4
```

REASON FOR ERROR
  E-1) HANG UP OR LINE FAIL          E-2) BUSY
  E-3) NO ANSWER                     E-4) NO FACSIMILE CONNECTION



BASS BERRY & SIMS PLC
Attorneys at Law

# FAX COVER SHEET

| Date:<br>May 23, 2007 | | Number of Pages,<br>Including Cover Sheet: 4 |
|---|---|---|
| TO: | Tiffin Athletic Mats | Fax: 410-398-7397 |
| FROM: | Robert L. Brewer<br>rbrewer@bassberry.com<br>Office: (615) 742-7760<br>Fax:    (615) 742-0410 | |
| RE: | FLEXI-ROLL®/Trademark Infringement | |

To Whom It May Concern:

Please see attached.  Thank you.

Robert L. Brewer

Tiffin Athletic Mats - gift ideas for cheerleading and gymnastics - mats, balance beams, inclines, flexi-roll, parallel bars



**Manufacturing Quality Products For Over 20 Years**

HOME

**America's Cheerleading and Gymnastics Specialist**

TIFFIN HOME>GIFT IDEAS

Categories

Folding Mats
Cheerleading
Gymnastics
Skill Shapes
Martial Arts
Wrestling
Floor Systems
Rock Climbing
Home Fitness
Physical Education
Training Apparatus
Tumbl Trak Equipment
Online Store

Programs

Join Our Mailing List
Floor Package Deals
Clearance List
Stock Mat Program
Floor Rentals

What's New

**We'll match competitor pricing!**

**FLOOR PACKAGES**



## Gift Ideas
### Supplement your training at home or anywhere

We want to help you get ready for training and competitions - Tiffin has the perfect gifts. We have selected a popular assortment of items that can bring a smile to your special gymnast or cheerleader.

Contact us today to find out about delivery times and shipping costs to your location.







| Item | Price |
|------|------:|
| Cartwheel Mat (Red, Blue, Green) | $45 |
| Suede 8' Beam | $209 |
| 14oz Tumbler Mat 4'x8'x1-3/8" (Blue/Rainbow) | $132 |
| 4'x12'x1-3/8" (Blue/Rainbow) | $197 |
| Mailbox | $156 |
| 36" x 72" x 16" Incline (Green/Yellow) | $268 |
| 4'x6'x2" Flexi-Roll Mat | $129* |
| 4'x6'x1-3/8" Flexi-Roll Mat | $99* |
| Elite Tumbler Mat 4'x8'x2-1/2" (Blue/Rainbow) | $179 |
| 4'x12'x2-1/2" (Blue/Rainbow) | $268 |
| Junior Bar Trainer | $375 |

*Includes Shipping In The Continental US

**800-843-3467**

http://www.tiffinmats.com/promo/gift_ideas.html (1 of 2)5/22/2007 5:01:52 AM

Case 3:09-cv-00091   Document 1-4   Filed 01/28/09   Page 5 of 45 PageID #: 65

Tiffin Athletic Mats - gift ideas for cheerleading and gymnastics - mats, balance beams, inclines, flexi-roll, parallel bars

    

Catalog        Financing        Quotes        Links        Employment      Affiliate Program        Help

©2006 Tiffin Athletic Mats, Inc. • P.O. BOX 823 • Elkton, MD 21922
[Phone] 1-800-TIFFINS (1-800-843-3467) • [Fax] 1-410-398-7397



**Manufacturing Quality Products For Over 20 Years**

HOME

**America's Wrestling Specialist**

TIFFIN HOME>WRESTLING>HOME USE MATS

## Home Wrestling Mats

**Categories**

Folding Mats
Cheerleading
Gymnastics
Skill Shapes
Martial Arts
Wrestling
Floor Systems
Rock Climbing
Home Fitness
Physical Education
Training Apparatus
Tumbl Trak Equipment
Online Store



Join Our Mailing List
Floor Package Deals
Clearance List
Stock Mat Program
Floor Rentals

**What's New**

We'll match competitor pricing!

**FLOOR PACKAGES**

Now you can practice your moves and skills at home on the same style mat that you compete on! Available on both 1-1/4" and 2" thickness for superior safety and shock absorption. Tiffin home mats provide excellent protection for wrestling training. Rolls are lightweight and can be store flat or rolled. Home wrestling mats are available **in flexi sport roll Only.**



**Any mat that is smaller than a 30'x30' has no markings.**
To add a 10' practice circle with starting lines, add $130 per mat.

**Colors Available**

Blue

| Item Number | Size | Price |
|---|---|---|
| W933 | 6' x 12' x 1-1/4" | $292 |
| W933FR | 6' x 12' x 2" | $382 |
| W933A | 6' x 14' x 1-1/4" | $343 |
| W933AFR | 6' x 14' x 2" | $446 |

    

| Catalog | Financing | Quotes | Links | Employment | Affiliate Program | Help |
|---------|-----------|--------|-------|------------|-------------------|------|

©2006 Tiffin Athletic Mats, Inc. • P.O. BOX 823 • Elkton, MD 21922
[Phone] 1-800-TIFFINS (1-800-843-3467) • [Fax] 1-410-398-7397

TIFFIN
ATHLETIC MATS, INC.

HOME

**America's Cheerleading Specialist**

TIFFIN HOME>CHEERLEADING

Categories

Folding Mats
Cheerleading
Gymnastics
Skill Shapes
Martial Arts
Wrestling
Floor Systems
Rock Climbing
Home Fitness
Physical Education
Training Apparatus
Tumbl Trak Equipment
Online Store

Promotions

Join Our Mailing List
Floor Package Deals
Clearance List
Stock Mat Program
Floor Rentals

What's New

We'll match
competitor pricing!

FLOOR
PACKAGES

# DEMO SPECIALS

| Spring Floors | 54' x 42' | | 42' x 42' | |
|---|---|---|---|---|
| | NEW | USED | NEW | USED |
| Assembled Combo Spring Floor | $12,900.00 | $11,900.00 | $9,900.00 | $9,300.00 |
| Assembled Baltic Birch Spring Floor | $9,500.00 | N/A | $7,400.00 | N/A |
| NEW PRODUCT!!! | | | | |

*Does Not Include Carpet Bonded Foam

## Spring Floors Kits

| | NEW | NEW |
|---|---|---|
| Kit - Combo Spring Floor | $3,950 | $3,052 |
| Kit - Baltic Birch Spring Floor NEW PRODUCT!!! | $3,399 | $2,495 |

## Tumble Strips (Assembled)
*Does Not Include Carpet Bonded Foam

| | NEW | USED |
|---|---|---|
| 12' x 42' Combo | $2,850 | $2,650 |
| 12' x 42' Baltic Birch* NEW PRODUCT!!! | $2,750 | n/a |

## Carpet Foam

| | NEW | USED |
|---|---|---|
| 6' x 42' Standard Rolls CXL125 (1-3/8") | $559 | $500 |
| 6' x 42' Standard Rolls CXL200 (2") | $718 | n/a |
| 6' x 42' Flexi Sport Rolls CXL125FR (1-3/8") | $640 | $595 |
| 6' x 42' Flexi Sport Rolls CXL200FR (2") | $850 | n/a |

## Borders

| | NEW | USED |
|---|---|---|
| 54' x 42' Tapered Foam Border | $2195 | $1800 |
| 42' x 42' Tapered Foam Border | $2100 | $1400 |
| 54' x 42' Carpet Foam Border | $1595 | $1500 |

**Web**  Images  Video  News  Maps  Gmail  more ▾          Sign in

Google          site:www.tiffinmats.com "flexi roll" & tiffin    [ Search ]  Advanced Search
                                                                              Preferences

**Web**              Results **1 - 10** of **10** from **www.tiffinmats.com** for **"flexi roll" & tiffin**. (0.11 seconds)

**Tiffin** Athletic Mats - Cheerleading, carpet foam,                    Sponsored Links
cheerfloor ...
**Tiffin** Athletic Mats, a US-based manufacturer, provides a wide range of    Swain Sportsmats
training and tournament products for the cheerleading community of       The Ultimate Training Mat
teams, camps, ...                                                        Events-Schools-Home-Garage
www.**tiffin**mats.com/AC/index.html - 26k - Cached - Similar pages       www.swainsportsintl.com

**Tiffin** Athletic Mats - Cheerleading - Storage Bags for Cheer         Cheerleading Mats
Floor ...                                                                **Flexi-Roll**, many colors, EVA foam,
**Tiffin** Athletic Mats, a US-based manufacturer, provides cheer floor   great shipping, volume discounts
storage bags for the cheerleading community of teams, camps, clubs,      www.greatmats.com
and individuals with ...
www.**tiffin**mats.com/cheerleading/storagebags.html - 16k -              Flexi-Roll Mats on Sale
Cached - Similar pages                                                   Low Prices on **Flexi-Roll**
                                                                         Practice Cheer and Gymnastics Mats
**Tiffin** Carpet Rolls                                                   www.dcathletics.com
Buy **Flexi-Roll** from **Tiffin**. CXL125FR has 1-3/8" thickness for medium
floor protection. CXL200FR has 2" thickness with superior protection
recommended for ...
www.**tiffin**mats.com/Products/CarpetRoll.html - 10k -
Cached - Similar pages

**Tiffin** Athletic Mats - Cheerleading - **Flexi-Roll** Cheer Floor
**Tiffin** Athletic Mats provides a wide range of products for the sport of cheerleading including
cheerleading floor systems, tournament mats, ...
www.**tiffin**mats.com/cheerleading/flexiFloor.html - 22k - Cached - Similar pages

**Tiffin** Athletic Mats - Gymnastics - Storage Bags for **Flexi-Roll** ...
**Tiffin** Athletic Mats, a US-based manufacturer, provides cheerfoam roll stoerage bags and a
wide range of gymnastic training equipment and gymnastics ...
www.**tiffin**mats.com/gymnastics/storagebags.html - 16k - Cached - Similar pages

**Tiffin** Athletic Mats - Cheerleading - Training Shapes - Back ...
**Tiffin** Athletic Mats provides a wide range of products for the sport of ... This 6' x 14' x 1-
3/8" or 6' x 14' x 2" **flexi roll** carpet is light enough for ...
www.**tiffin**mats.com/cheerleading/portableGameMat.html - 16k - Cached - Similar pages

**Tiffin** Athletic Mats - Backhand Spring Wheel
This 6' x 14' x 1-3/8" or 6' x 14' x 2" **flexi roll** carpet is light enough for one athlete to carry
or move into place. It has a 6' Velcro handle which ...
www.**tiffin**mats.com/Products/PGM.html - 5k - Cached - Similar pages

[PDF] FINAL CATALOG 2003
File Format: PDF/Adobe Acrobat - View as HTML
Home wrestling mats are availabe in either standard. or **Flexi-Roll**. (patent pending) . 10+
Great Reasons to Buy. **Tiffin** Mats! Three Year Limited Warranty ...
www.**tiffin**mats.com/catalog/cat0803.pdf - Similar pages

**Tiffin** Athletic Mats - Gymnastics mat, spring floors, gymnastic ...

Case 3:09-cv-00091   Document 1-4   Filed 01/28/09   Page 10 of 45 PageID #: 70

**Tiffin** Athletic Mats, a US-based manufacturer, provides gymnastic training and
tournament ... 6' x 42' x 1-3/8", Order a **Flexi-Roll** flexi sport roll ...
www.**tiffin**mats.com/promo/specials/aug06.html - 15k - Supplemental Result -
Cached - Similar pages

**Tiffin** Athletic Mats - gift ideas for cheerleading and gymnastics ...
**Tiffin** Athletic Mats, a US-based manufacturer, provides a wide range of training and
competition products for the cheerleading and gymnastics community of ...
www.**tiffin**mats.com/promo/gift_ideas.html - 14k - Supplemental Result -
Cached - Similar pages

Download Google Pack: free essential software for your PC

site:www.tiffinmats.com "flexi roll" &  [ Search ]

Search within results | Language Tools | Search Tips | Dissatisfied? Help us improve

©2007 Google - Google Home - Advertising Programs - Business Solutions - About Google

flexiFloor[1]

```
<html>

<head>
<meta http-equiv="Content-Language" content="en-us">
<meta name="GENERATOR" content="Microsoft FrontPage 5.0">
<meta name="ProgId" content="FrontPage.Editor.Document">
<meta http-equiv="Content-Type" content="text/html; charset=windows-1252">
<META NAME="description" CONTENT="Tiffin Athletic Mats provides a wide range of products for the
sport of cheerleading including cheerleading floor systems, tournament mats, cheerleading home use
mats, cheer mats, and cheerleading training equipment">
<META NAME="keywords" CONTENT="Tiffin mats, cheerleading equipment">
<script language="JavaScript" src="../winpopup.js">
</script>

<title>Tiffin Athletic Mats - Cheerleading - Flexi-Roll Cheer Floors</title>

<link rel="stylesheet" type="text/css" href="../style.css">
</head>

<body>

<div align="center">
  <center>
  <table border="0" cellpadding="0" cellspacing="0" style="border-collapse: collapse"
bordercolor="#111111" width="730" height="75">
    <tr>
    <td colspan="2" height="19">
    <!--webbot bot="Include" U-Include="../includes/header_inc.htm" TAG="BODY" startspan -->

<!-- Begin Table -->
<table border="0" cellpadding="0" cellspacing="0" width="100%">

<tr>
<td rowspan="1" colspan="1" width="155" height="46">
          <a href="../index.html">
          <img name="Image20" src="../html/images/Image2_1x1.jpg" border="0" alt="" width="155"
height="46" /></a></td>
<td height="46" bgcolor="#0007B4">
          <p align="center"><b><font color="#ffffff" face="Arial" size="3">
   Manufacturing Quality Products For Over 20 Years</font></b></td>
<td width="17" height="46" bgcolor="#0007B4">
           </td>
</tr>

</table>
<!-- End Table -->

<!--webbot bot="Include" i-checksum="62272" endspan --></td>
   </tr>
   <tr>
    <td colspan="2">
```

Page 1

flexiFloor[1]

```html
    <!--webbot bot="Include" U-Include="../includes/cheerleading_head_inc.html" TAG="BODY"
startspan -->

<table border="0" cellpadding="0" cellspacing="0" style="border-collapse: collapse"
bordercolor="#111111" width="100%">
  <tr>
   <td width="140" bgcolor="#FF6600">
   <font color="#FFFFFF" face="Arial" size="1"> <a href="../"><font
color="#FFFFFF">HOME</font></a></font></td>
   <td bgcolor="#FF6600">
   <p align="center"><b><font face="Arial" color="#FFFFFF">America's Cheerleading
Specialist</font></b></td>
  </tr>
</table>

<!--webbot bot="Include" i-checksum="40099" endspan --></td>
   </tr>
   <td width="140" height="19"> </td>
   <td height="19">
   <font size="1" style="font-family: arial,sans-serif">
   <a href="../" style="color: #009; font-family: Arial">TIFFIN HOME</a></font><font size="1"
face="Arial">&gt;<a href="../cheerleading">CHEERLEADING</a>&gt;FLEXI
   ROLL CHEER FLOOR</font></td>
   </tr>
   <tr>
   <td width="140" height="19" valign="top">
   <!--webbot bot="Include" U-Include="../includes/catNav_inc.html" TAG="BODY" startspan -->
 <!-- Start of StatCounter Code -->
 <script type="text/javascript">
 <!--
var sc_project=835176;
var sc_partition=6;
var sc_security="adeef510";
var sc_invisible=1;
//-->
 </script>

 <script type="text/javascript"
src="http://www.statcounter.com/counter/counter_xhtml.js"></script><noscript>
 <div class="statcounter"><a class="statcounter" href="http://www.statcounter.com/"><img
class="statcounter"
src="http://c7.statcounter.com/counter.php?sc_project=835176&amp;java=0&amp;security=adeef510&a
mp;invisible=1" alt="counter" /></a></div></noscript>
 <!-- End of StatCounter Code -->

 <table border="0" cellpadding="0" cellspacing="0" style="border-collapse: collapse" width="155"
id="AutoNumber4">
  <tr>
   <td width="143" class="navBar5" align="right" bgcolor="#6699FF" rowspan="10">Categories<p>
   <a href="http://www.tiffinmats.com/folding"><font color="#000080">Folding Mats</font></a><font
color="#000080"><br>
```

Page 2

flexiFloor[1]

```
    </font>
    <a href="http://www.tiffinmats.com/cheerleading/"><font
color="#000080">Cheerleading</font></a><font color="#000080"><br>
    </font>
    <a href="http://www.tiffinmats.com/gymnastics/"><font color="#000080">Gymnastics</font></a><font
color="#000080"><br>
    </font>
    <a href="http://www.tiffinmats.com/preschool/"><font color="#000080">Skill
    Shapes</font></a><font color="#000080"><br>
    </font>
    <a href="http://www.tiffinmats.com/martial/"><font color="#000080">Martial Arts</font></a><font
color="#000080"><br>
    </font>
    <a href="http://www.tiffinmats.com/wrestling/"><font color="#000080">Wrestling</font></a><font
color="#000080"><br>
    </font>
    <a href="http://www.tiffinmats.com/flooring/"><font color="#000080">Floor Systems</font></a><font
color="#000080"><br>
    </font>
    <a href="http://www.tiffinmats.com/climbing/"><font color="#000080">Rock Climbing</font></a><font
color="#000080"><br>
    </font>
    <a href="http://www.tiffinmats.com/homefitness/"><font color="#000080">Home
Fitness</font></a><font color="#000080"><br>
    </font>
    <a href="http://www.tiffinmats.com/pe/"><font color="#000080">Physical Education</font></a><font
color="#000080"><br>
    </font>
    <a href="http://www.tiffinmats.com/trainingapparatus/">
    <font color="#000080">Training Apparatus</font></a><font color="#000080"><br>
    </font>
    <a href="http://www.tiffinmats.com/tumbltrak/">
    <span style="letter-spacing: -1pt"><font color="#000080">Tumbl Trak</font></span><font
color="#000080"> Equipment</font></a><font color="#000080"><br>
    </font>
    <font color="#000080"> </font><a href="/cgi-bin/shop/cp-app.cgi?&amp;pg=store"><font
color="#000080">Online Store</font></a></p>

    <p>Promotions</p>
    <a href="http://www.tiffinmats.com/tmlist/?p=subscribe&id=1">
    <font color="#000080">Join Our Mailing List</font></a><font color="#000080"><br>
    </font>
    <a href="http://www.tiffinmats.com/cheerleading/packages.html">
    <font color="#000080">Floor Package Deals</font></a><font color="#000080"><br>
    </font>
    <a href="http://www.tiffinmats.com/clearance.htm"><font color="#000080">Clearance
List</font></a><font color="#000080"><br>
    </font>
    <a href="/cgi-bin/shop/cp-app.cgi?&amp;pg=cat&amp;ref=sm">
    <font color="#000080">Stock Mat Program</font></a><font color="#000080"><br>
    </font>
```

Page 3

flexiFloor[1]

```
    <a href="http://www.tiffinmats.com/cheerleading/cheerrentals.html">
    <font color="#000080">Floor Rentals</font></a><br>
   </p>
    <img border="0" src="/html/images/WhatsNew145x24.jpg" alt="What's New at Tiffin Athletic Mats"
hspace="1" width="145" height="24">




    <table border="1" cellpadding="0" cellspacing="0" style="border-collapse: collapse"
bordercolor="#CCCCCC" width="145" id="AutoNumber5" height="153">
    <tr>
      <td height="18">
        </td>
    </tr>
    <tr>
      <td height="58">
        <a href="/includes/competitor_inc.html" title="Tiffin Now Matches Competitor Pricing" >
        <img border="0" src="/html/images/tiffinanim2.gif" alt="Tiffin Now Matches Competitor Pricing"
width="145" height="58"></a></td>
    </tr>
    <tr>
      <td height="73">
        <a href="/cheerleading/packages.html">
        <img border="0" src="../html/images/FloorPackage_145x72.jpg" width="145"
height="72"></a></td>
    </tr>
    <tr>
      <td height="1">
        </td>
    </tr>
    <!-- <tr>
      <td height="56">
        <a href="http://www.tiffinmats.com/cgi-bin/shop/cp-app.cgi?&amp;pg=store">
        <img border="0" src="../html/images/tiffinanim3.gif" alt="Online Ordering" width="145"
height="56"></a></td>
    </tr> -->
    </table>

  </td>
  <td width="7" class="navBar5" align="right"> </td>
</tr>
<tr>
  <td width="7" class="navBar5" align="right"> </td>
</tr>
<tr>
  <td width="7" class="navBar5" align="right"> </td>
</tr>
</table>

<!--webbot bot="Include" i-checksum="4124" endspan --></td>
```

```
    <td height="19">
    <!--webbot bot="Include" U-Include="../includes/flexiFloor_inc.html" TAG="BODY" startspan -->

<table border="0" cellpadding="0" cellspacing="0" style="border-collapse: collapse"
bordercolor="#111111">
 <tr>
  <td bgcolor="#EFEFEF" colspan="2"><b><font face="Arial">Flexi Sport Rolls
  Floor System</font></b></td>
 </tr>
 <tr>
  <td> </td>
  <td> </td>
 </tr>
 <tr>
  <td colspan="2"><span style="font-weight: 400"><font face="Arial" size="-1"><a
href="http://www.tiffinmats.com/cheerleading/velcro.html">
  <img src="../html/images/velcroup.jpg" border="0" align="right" width="170" height="139"></a>
    The unique way that the flexi sport roll floor rolls up makes this system revolutionary.
  One person can easily roll-up or roll-out a flexi sport roll section or entire floor.
  The rolls are not flipped before or after rolling. The rolls practically unroll
  themselves!  </font></span><font face="Arial" size="2">The tournament
  floor that can be setup by one
  person. Available in easy to roll competition floors as well as home use sizes. 
  We offer many types of flooring to best match your training and competition
  goals.  </font><font face="Arial" size="-1">We also offer
  <a href="competitions.html">tournament-used products</a>, if
  you need more information please <a href="../contactus/">contact us</a> for
  details.</font></td>
 </tr>
 <tr>
  <td colspan="2"> </td>
 </tr>
 <tr>
  <td colspan="2">
  <p>
  <font face="Arial" size="2"><b>CXL125FR</b> has</font><font size="-1" face="Arial">
  1-3/8&quot; thickness for medium floor protection.</font></p>
  <p>
  <b><font face="Arial" size="2">CXL200FR</font></b><font size="-1" face="Arial">
  has 2&quot; thickness with superior protection recommended for advanced tumbling.</font></p>
  <p>
  <font face="Arial" size="2"><b>CXLEVAFR</b> has </font>
  <font face="Arial" size="-1">high-rebounding 2&quot; EVA foam.  EVA foam is
  what we use to make the blocks under our spring floors.</font></p>
  <p></p>
  </td>
 </tr>
 <tr>
  <td colspan="2"> </td>
 </tr>
 <tr>
```

flexiFloor[1]

```
    <td colspan="2" align="center">
    <table border="0" cellspacing="0" width="325" style="border-collapse: collapse"
bordercolor="#111111" cellpadding="0">
      <tr>
      <td bgcolor="#C0C0C0" align="left" width="325" colspan="4"><b>
      <font face="Arial" size="2">Colors Available</font></b></td>
      </tr>
      <tr>
      <td bgcolor="#FFFFCC" align="left" width="325" colspan="4" height="18">
      <font face="Arial" size="2">Blue (Grey and Red are special order)</font></td>
      </tr>
      <tr>
      <td bgcolor="#C0C0C0" align="center" width="91"><b><font face="Arial" size="2">Item
      Number</font></b>
      </td>
      <td bgcolor="#C0C0C0" align="center" width="125"><b><font face="Arial"
size="2"><b>Size</b></font></b>
      </td>
      <td bgcolor="#C0C0C0" align="center" width="47"><font face="Arial"
size="2"><b>Color</b></font></td>
      <td bgcolor="#C0C0C0" align="center" width="62"><b><font face="Arial"
size="2">Price</font></b>
      </td>
      </tr>
      <tr>
      <td bgcolor="#FFFFCC" align="center" width="91" height="18"><font face="Arial"
size="2">CXL125FR</font></td>
      <td bgcolor="#FFFFCC" align="center" width="125" height="18"><font face="Arial"
size="2">6&#39; x 42&#39;
      x 1-3/8&quot;</font></td>
      <td bgcolor="#FFFFCC" align="center" width="47" height="18"><font font face="Arial"
size="2">Blue</font></td>
      <td bgcolor="#FFFFCC" align="center" width="62" height="18"><font face="Arial" size="2">
      $640</font></td>
      </tr>
      <tr>
      <td bgcolor="#FFFFCC" align="center" width="91" height="18"><font face="Arial"
size="2">CXL125FR</font></td>
      <td bgcolor="#FFFFCC" align="center" width="125" height="18"><font face="Arial"
size="2">6&#39; x 42&#39;
      x 1-3/8&quot;</font></td>
      <td bgcolor="#FFFFCC" align="center" width="47" height="18">
      <font face="Arial" size="2">Grey</font></td>
      <td bgcolor="#FFFFCC" align="center" width="62" height="18"><font face="Arial" size="2">
      $640</font></td>
      </tr>
      <tr>
      <td bgcolor="#FFFFCC" align="center" width="91" height="18"><font face="Arial"
size="2">CXL125FR</font></td>
      <td bgcolor="#FFFFCC" align="center" width="125" height="18"><font face="Arial"
size="2">6&#39; x 42&#39;
```

Page 6

flexiFloor[1]

```
    x 1-3/8&quot;</font></td>
    <td bgcolor="#FFFFCC" align="center" width="47" height="18">
    <font face="Arial" size="2">Red</font></td>
    <td bgcolor="#FFFFCC" align="center" width="62" height="18"><font face="Arial" size="2">
    $640</font></td>
  </tr>
  <tr>
    <td bgcolor="#FFFFCC" align="center" width="91"> </td>
    <td bgcolor="#FFFFCC" align="center" width="125"> </td>
    <td bgcolor="#FFFFCC" align="center" width="47"> </td>
    <td bgcolor="#FFFFCC" align="center" width="62"> </td>
  </tr>
  <tr>
    <td bgcolor="#FFFFCC" align="center" width="91" height="18"><font face="Arial"
size="2">CXL200FR</font></td>
    <td bgcolor="#FFFFCC" align="center" width="125" height="18"><font face="Arial"
size="2">6&#39; x 42&#39;
    x 2&quot;</font></td>
    <td bgcolor="#FFFFCC" align="center" width="47" height="18">
    <font face="Arial" size="2">Blue</font></td>
    <td bgcolor="#FFFFCC" align="center" width="62" height="18">
    <font face="Arial" size="2">$850</font></td>
  </tr>
  <tr>
    <td bgcolor="#FFFFCC" align="center" width="91" height="18"><font face="Arial"
size="2">CXL200FR</font></td>
    <td bgcolor="#FFFFCC" align="center" width="125" height="18"><font face="Arial"
size="2">6&#39; x 42&#39;
    x 2&quot;</font></td>
    <td bgcolor="#FFFFCC" align="center" width="47" height="18">
    <font face="Arial" size="2">Grey</font></td>
    <td bgcolor="#FFFFCC" align="center" width="62" height="18">
    <font face="Arial" size="2">$850</font></td>
  </tr>
  <tr>
    <td bgcolor="#FFFFCC" align="center" width="91" height="18"><font face="Arial"
size="2">CXL200FR</font></td>
    <td bgcolor="#FFFFCC" align="center" width="125" height="18"><font face="Arial"
size="2">6&#39; x 42&#39;
    x 2&quot;</font></td>
    <td bgcolor="#FFFFCC" align="center" width="47" height="18">
    <font face="Arial" size="2">Red</font></td>
    <td bgcolor="#FFFFCC" align="center" width="62" height="18">
    <font face="Arial" size="2">$850</font></td>
  </tr>
  <tr>
    <td bgcolor="#FFFFCC" align="center" width="91"> </td>
    <td bgcolor="#FFFFCC" align="center" width="125"> </td>
    <td bgcolor="#FFFFCC" align="center" width="47"> </td>
    <td bgcolor="#FFFFCC" align="center" width="62"> </td>
  </tr>
```

Page 7

```
      <tr>
        <td bgcolor="#FFFFCC" align="center" width="91" height="18"><font face="Arial"
size="2">CXLEVAFR</font></td>
        <td bgcolor="#FFFFCC" align="center" width="125" height="18"><font face="Arial"
size="2">6&#39; x 42&#39;
      x 2&quot;</font></td>
        <td bgcolor="#FFFFCC" align="center" width="47" height="18">
        <font face="Arial" size="2">Blue</font></td>
        <td bgcolor="#FFFFCC" align="center" width="62" height="18"><font face="Arial" size="2">
        $1095</font></td>
      </tr>
      <tr>
        <td bgcolor="#FFFFCC" align="center" width="91" height="18"><font face="Arial"
size="2">CXLEVAFR</font></td>
        <td bgcolor="#FFFFCC" align="center" width="125" height="18"><font face="Arial"
size="2">6&#39; x 42&#39;
      x 2&quot;</font></td>
        <td bgcolor="#FFFFCC" align="center" width="47" height="18">
        <font face="Arial" size="2">Grey</font></td>
        <td bgcolor="#FFFFCC" align="center" width="62" height="18"><font face="Arial" size="2">
        $1095</font></td>
      </tr>
      <tr>
        <td bgcolor="#FFFFCC" align="center" width="91" height="18"><font face="Arial"
size="2">CXLEVAFR</font></td>
        <td bgcolor="#FFFFCC" align="center" width="125" height="18"><font face="Arial"
size="2">6&#39; x 42&#39;
      x 2&quot;</font></td>
        <td bgcolor="#FFFFCC" align="center" width="47" height="18">
        <font face="Arial" size="2">Red</font></td>
        <td bgcolor="#FFFFCC" align="center" width="62" height="18"><font face="Arial" size="2">
        $1095</font></td>
      </tr>
    </table>
    </td>
  </tr>
  <tr>
    <td colspan="2"> </td>
  </tr>
  <tr>
    <td bgcolor="#EFEFEF" colspan="2"> </td>
  </tr>
  <tr>
    <td></td>
  </tr>
  <tr>
    <td></td>
  </tr>
  <tr>
    <td colspan="2"><font face="Arial"><font size="2"><b>Foam Advantages</b></font><br>
    </font><font face="Arial" size="-1">flexi sport roll Carpet Floors are manufactured
```

Page 8

with closed cell, cross linked polyethylene foam. It is a sports foam renowned
for the fact that it absolutely will not harden over time, maintaining maximum
shock absorption and resiliency. It is proven to substantially outlast non cross-linked
foam as its cell structure will not break down under repeated bending or compression.
Other polyethylene foams, without our unique chemical composition, will not
provide the level of performance that cheerleaders and gymnasts demand of their
floors.</font><p><font face="Arial" size="2"><b>Carpet Advantages</b><span style="font-weight:
400"><br>
Our foam layers are heat-laminated our famous needle punch carpet for outstanding
durability and non-slip traction. This 26 oz. carpet is the strongest used anywhere
in the cheerleading and gymnastics industry, yet it is soft with the touch of
velour. The polyolefin fibers (pile, nap) are not stringy and cannot be pulled
out by velcro, a problem common to cheaper, lighter weight carpets.</span></font></p>
<p><font face="Arial" size="-1"><b>Bond Strength</b><br>
The bond between the carpet and foam is critical. Our floors are not glued,
traditionally an unsatisfactory method of bonding. Twenty-five years of experience
give us the skill to produce the best bond in the world. During manufacturing,
the foam liquefies and in the cooling process the carpet and foam substrates
actually become one piece, creating a permanent, virtually indestructible bond.</font></p>
  </td>
 </tr>
 <tr>
  <td colspan="2"> </td>
 </tr>
 <tr>
  <td colspan="2">
  <p><font face="Arial" size="-1"><b>Carpet Foam Benefits</b><br>
  Benefits of heat bonding over loose carpet and foam are considerable. Carpet
  wrinkling, twisting and shifting is eliminated while durability is greatly increased.
  Wear and tear on foam is greatly reduced. Bonding makes foam stronger, it dissipates
  landing impact and produces a much faster responding floor.</font></p>
  </td>
 </tr>
</table>

<!--webbot bot="Include" i-checksum="6059" endspan --><p> </td>
   </tr>
   <tr>
    <td height="18" colspan="2">
    <!--webbot bot="Include" U-Include="../includes/footNav_inc.html" TAG="BODY" startspan -->


<center><img src="../html/images/acceptedpayment.jpg" width="258" height="58"><br /></center>
<table style="BORDER-COLLAPSE: collapse" borderColor="#111111" cellSpacing="0" cellPadding="0"
width="100%" border="0">
  <tr>
   <!-- color changes with button -->
   <td bgcolor="#000099" colspan="2">
   <p align="center">
   <img src="../html/images/cleardot.gif" width="1" height="2"></td>

Page 9

flexiFloor[1]

```
 </tr>
 <tr>
  <td><p align="center"><img src="../html/images/cleardot.gif" width="1" height="2"></td>
 </tr>
 <tr>
  <td>
  <table border="0" width="100%">
   <tr>
    <td align="center" bgcolor="#efefef" width="14%"><font face="Arial" size="2">
    <a href="http://www.tiffinmats.com/catalog/">Catalog</a></font></td>
    <td align="center" bgcolor="#efefef" width="14%"><font face="Arial" size="2">
    <a href="http://www.tiffinmats.com/financing/">Financing</a></font></td>
    <td align="center" bgcolor="#efefef" width="14%"><font face="Arial" size="2">
    <a target="_blank" href="http://www.tiffinmats.com/forms/RFQ.html">
    Quotes</a></font></td>
    <td align="center" bgcolor="#efefef" width="14%"><font face="Arial" size="2">
    <a href="http://www.tiffinmats.com/aboutus/links.html">Links</a></font></td>
    <td align="center" bgcolor="#efefef" width="14%"><font face="Arial" size="2">
    <a href="http://www.tiffinmats.com/employment/">Employment</a></font></td>
    <td align="center" bgcolor="#efefef" width="14%"><font face="Arial" size="2">
    <a href="https://www.tiffinmats.com/cgi-bin/shop/cp-app.cgi?&pg=ste_affacct&secure=Y">
    Affiliate Program</a></font></td>
    <td align="center" bgcolor="#efefef" width="14%"><font face="Arial" size="2">
    <a href="http://www.tiffinmats.com/help/">Help</a></font></td>
   </tr>
  </table>
  </td>
 </tr>
 <tr>
  <td>
  <p align="center"><font color="#666666" face="Arial" size="1">©2006 Tiffin Athletic
  Mats, Inc. • P.O. BOX 823 • Elkton, MD 21922</font></p>
  </td>
 </tr>
 <tr>
  <td vAlign="bottom">
  <p align="center"><font color="#666666" face="Arial" size="1">[Phone] 1-800-TIFFINS
  (1-800-843-3467) <b>•</b>  [Fax] 1-410-398-7397</font></p>
  </td>
 </tr>
</table>
<!-- end footer row -->

<!--webbot bot="Include" i-checksum="44673" endspan --></td>
   </tr>
  </table>
  </center>
</div>

</body>
```

Page 10

flexiFloor[1]

</html>

Page 11

storagebags[1]

```html
<html>

<head>
<meta http-equiv="Content-Language" content="en-us">
<meta name="GENERATOR" content="Microsoft FrontPage 5.0">
<meta name="ProgId" content="FrontPage.Editor.Document">
<meta http-equiv="Content-Type" content="text/html; charset=windows-1252">
<meta NAME="description" CONTENT="Tiffin Athletic Mats, a US-based manufacturer, provides
cheerfoam roll storeage bags and a wide range of gymnastic training equipment and gymnastics
tournament mat products for the gymnastics community of teams, camps, clubs, and individuals.">
<meta NAME="keywords" CONTENT="Tiffin mats, flexi-roll floors storage, flexiroll storage, spring floor
rolls storage, floor exercise foam roll storage, carpet foam storage, storing carpetfoam, cheer floor
storage, storing cheerfloor, cheer foam storage, storing cheerfoam, cheer storage bags, cheerfloor roll
storage bags, cheer foam storage bags, cheerfloor roll storage bags, cheer floor storage bags, cheer
storage bag, cheerfloor roll storage bag, cheer foam storage bag, cheerfloor roll storage bag, cheer
floor storage bag">
<title>Tiffin Athletic Mats - Gymnastics - Storage Bags for Flexi-Roll floors, Spring Floor Rolls, Floor
Exercise Foam Rolls, Cheer Foam Rolls, Carpet Foam Rolls</title>
<script language="JavaScript" src="../winpopup.js"></script>
<link rel="stylesheet" type="text/css" href="../style.css">
</head>

<body>

<div align="center">
  <center>
  <table border="0" cellpadding="0" cellspacing="0" style="border-collapse: collapse"
bordercolor="#111111" width="730">
    <tr>
     <td colspan="2">
     <!--webbot bot="Include" U-Include="../includes/header_inc.htm" TAG="BODY" startspan -->

<!-- Begin Table -->
<table border="0" cellpadding="0" cellspacing="0" width="100%">

<tr>
<td rowspan="1" colspan="1" width="155" height="46">
         <a href="../index.html">
         <img name="Image20" src="../html/images/Image2_1x1.jpg" border="0" alt="" width="155"
height="46" /></a></td>
<td height="46" bgcolor="#0007B4">
         <p align="center"><b><font color="#ffffff" face="Arial" size="3">
   Manufacturing Quality Products For Over 20 Years</font></b></td>
<td width="17" height="46" bgcolor="#0007B4">
          </td>
</tr>

</table>
<!-- End Table -->

<!--webbot bot="Include" i-checksum="62272" endspan --></td>
```

Page 1

storagebags[1]

```html
    </tr>
    <tr>
     <td colspan="2">
      <!--webbot bot="Include" U-Include="../includes/gymnastics_head_inc.html" TAG="BODY" startspan
-->

<table border="0" cellpadding="0" cellspacing="0" style="border-collapse: collapse"
bordercolor="#111111" width="100%">
  <tr>
    <td width="140" bgcolor="#CC3300" align="left">
    <font color="#FFFFFF" face="Arial" size="1"> <a href="../"><font
color="#FFFFFF">HOME</font></a></font></td>
    <td bgcolor="#CC3300" align="center">
    <p align="center"><b><font face="Arial" color="#FFFFFF">America's Gymnastics
Specialist</font></b> </td>
  </tr>
</table>

<!--webbot bot="Include" i-checksum="51852" endspan --></td>
    </tr>
    <tr>
     <td width="151"> </td>
     <td><font size="1" style="font-family: arial,sans-serif">
     <a href="../" style="color: #009; font-family: Arial">TIFFIN HOME</a></font><font size="1"
face="Arial">&gt;<a href="./">GYMNASTICS</a>&gt;FLOOR
     ROLL STORAGE BAGS</font></td>
    </tr>
    <tr>
     <td width="151" valign="top">
     <!--webbot bot="Include" U-Include="../includes/catNav_inc.html" TAG="BODY" startspan -->
<!-- Start of StatCounter Code -->
<script type="text/javascript">
<!--
var sc_project=835176;
var sc_partition=6;
var sc_security="adeef510";
var sc_invisible=1;
//-->
</script>

<script type="text/javascript"
src="http://www.statcounter.com/counter/counter_xhtml.js"></script><noscript>
<div class="statcounter"><a class="statcounter" href="http://www.statcounter.com/"><img
class="statcounter"
src="http://c7.statcounter.com/counter.php?sc_project=835176&amp;java=0&amp;security=adeef510&a
mp;invisible=1" alt="counter" /></a></div></noscript>
<!-- End of StatCounter Code -->

<table border="0" cellpadding="0" cellspacing="0" style="border-collapse: collapse" width="155"
id="AutoNumber4">
  <tr>
```

Page 2

storagebags[1]
```
    <td width="143" class="navBar5" align="right" bgcolor="#6699FF" rowspan="10">Categories<p>
    <a href="http://www.tiffinmats.com/folding"><font color="#000080">Folding Mats</font></a><font
color="#000080"><br>
    </font>
    <a href="http://www.tiffinmats.com/cheerleading/"><font
color="#000080">Cheerleading</font></a><font color="#000080"><br>
    </font>
    <a href="http://www.tiffinmats.com/gymnastics/"><font color="#000080">Gymnastics</font></a><font
color="#000080"><br>
    </font>
    <a href="http://www.tiffinmats.com/preschool/"><font color="#000080">Skill
    Shapes</font></a><font color="#000080"><br>
    </font>
    <a href="http://www.tiffinmats.com/martial/"><font color="#000080">Martial Arts</font></a><font
color="#000080"><br>
    </font>
    <a href="http://www.tiffinmats.com/wrestling/"><font color="#000080">Wrestling</font></a><font
color="#000080"><br>
    </font>
    <a href="http://www.tiffinmats.com/flooring/"><font color="#000080">Floor Systems</font></a><font
color="#000080"><br>
    </font>
    <a href="http://www.tiffinmats.com/climbing/"><font color="#000080">Rock Climbing</font></a><font
color="#000080"><br>
    </font>
    <a href="http://www.tiffinmats.com/homefitness/"><font color="#000080">Home
Fitness</font></a><font color="#000080"><br>
    </font>
    <a href="http://www.tiffinmats.com/pe/"><font color="#000080">Physical Education</font></a><font
color="#000080"><br>
    </font>
    <a href="http://www.tiffinmats.com/trainingapparatus/">
    <font color="#000080">Training Apparatus</font></a><font color="#000080"><br>
    </font>
    <a href="http://www.tiffinmats.com/tumbltrak/">
    <span style="letter-spacing: -1pt"><font color="#000080">Tumbl Trak</font></span><font
color="#000080"> Equipment</font></a><font color="#000080"><br>
    </font>
    <font color="#000080"> </font><a href="/cgi-bin/shop/cp-app.cgi?&amp;pg=store"><font
color="#000080">Online Store</font></a></p>

    <p>Promotions</p>
    <a href="http://www.tiffinmats.com/tmlist/?p=subscribe&id=1">
    <font color="#000080">Join Our Mailing List</font></a><font color="#000080"><br>
    </font>
    <a href="http://www.tiffinmats.com/cheerleading/packages.html">
    <font color="#000080">Floor Package Deals</font></a><font color="#000080"><br>
    </font>
    <a href="http://www.tiffinmats.com/clearance.htm"><font color="#000080">Clearance
List</font></a><font color="#000080"><br>
    </font>
```

storagebags[1]

```
<a href="/cgi-bin/shop/cp-app.cgi?&amp;pg=cat&amp;ref=sm">
<font color="#000080">Stock Mat Program</font></a><font color="#000080"><br>
</font>
<a href="http://www.tiffinmats.com/cheerleading/cheerrentals.html">
<font color="#000080">Floor Rentals</font></a><br>
 </p>
    <img border="0" src="/html/images/WhatsNew145x24.jpg" alt="What's New at Tiffin Athletic Mats"
hspace="1" width="145" height="24">




    <table border="1" cellpadding="0" cellspacing="0" style="border-collapse: collapse"
bordercolor="#CCCCCC" width="145" id="AutoNumber5" height="153">
    <tr>
     <td height="18">
        </td>
    </tr>
    <tr>
      <td height="58">
        <a href="/includes/competitor_inc.html" title="Tiffin Now Matches Competitor Pricing" >
        <img border="0" src="/html/images/tiffinanim2.gif" alt="Tiffin Now Matches Competitor Pricing"
width="145" height="58"></a></td>
    </tr>
    <tr>
     <td height="73">
        <a href="/cheerleading/packages.html">
        <img border="0" src="../html/images/FloorPackage_145x72.jpg" width="145"
height="72"></a></td>
    </tr>
    <tr>
     <td height="1">
        </td>
    </tr>
    <!-- <tr>
      <td height="56">
        <a href="http://www.tiffinmats.com/cgi-bin/shop/cp-app.cgi?&amp;pg=store">
        <img border="0" src="../html/images/tiffinanim3.gif" alt="Online Ordering" width="145"
height="56"></a></td>
    </tr> -->
    </table>

  </td>
  <td width="7" class="navBar5" align="right"> </td>
 </tr>
 <tr>
  <td width="7" class="navBar5" align="right"> </td>
 </tr>
 <tr>
  <td width="7" class="navBar5" align="right"> </td>
 </tr>
```

Page 4

storagebags[1]

```
    </table>
<!--webbot bot="Include" i-checksum="4124" endspan --></td>
    <td valign="top">
    <!--webbot bot="Include" U-Include="../includes/storagebag_inc.html" TAG="BODY" startspan -->

<table border="0" cellpadding="0" cellspacing="0" style="border-collapse: collapse"
bordercolor="#111111">
  <tr>
   <td bgcolor="#EFEFEF"><b><font face="Arial">Rolled Flooring Storage
   Bags</font></b></td>
  </tr>
  <tr width="100%">
   <td valign="top"> </td>
  </tr>
  <tr width="100%">
   <td valign="top"><font face="Arial" size="2">Our storage bags help
   protect your 6' x 42' rolls of flooring for the next event.  Ideal for
   seasonal storage in a separate room, but can also be left in the corner of a
   multi-purpose area ready for the next competition.  Perfect for storing any 6&#39; x 42&#39;
rolls of flooring we offer
   - flexi sport rolls, EVA
   rolls, floor exercise rolls, cheerleading floor rolls,
   wrestling floor rolls, martial arts floor rolls.  The bags are made to store either 1-3/8&quot; or
2&quot;
   thickness floor rolls. 
   Made of durable 18 oz. vinyl fabric with velcro closure and reinforced handles.  When ordering,
please specify which floor rolls you
   want to store to assure a proper fit.</font></td>
  </tr>
  <tr width="100%">
   <td>
   <p align="center"><img border="0" src="../html/images/StorageBag-LG.jpg" width="550"
height="550"></td>
  </tr>
  <tr width="100%">
   <td> </td>
  </tr>
  <tr width="100%">
   <td align="center">
   <table border="0" cellpadding="0" style="border-collapse: collapse" bordercolor="#111111"
width="380">
     <tr>
      <td colspan="4" bgcolor="#C0C0C0" width="279"><font size="2" face="arial"><b>Colors
      Available</b></font></td>
     </tr>
     <tr>
      <td colspan="4" bgcolor="#FFFFCC" width="279" height="24"><font face="Arial"
size="2">Blue</font></td>
     </tr>
     <tr>
```

Page 5

storagebags[1]

```html
    <td bgcolor="#C0C0C0" align="center" width="90"><b><font size="2" face="Arial">
    Item#</font></b></td>
    <td bgcolor="#C0C0C0" align="center" width="136"><b><font size="2"
face="Arial">Size</font></b></td>
    <td bgcolor="#C0C0C0" align="center" width="81"><b><font size="2"
face="Arial">Price</font></b></td>
    <td bgcolor="#C0C0C0" align="center" width="72"> </td>
  </tr>
  <tr>
    <td height="24" bgcolor="#FFFFCC" align="center" width="90">
    <font size="2" face="Arial">CXL125S</font></td>
    <td height="24" bgcolor="#FFFFCC" align="center" width="136">
    <p align="center"><font size="2" face="Arial">fits 1-3/8&quot;rolls</font></p>
    </td>
    <td height="24" bgcolor="#FFFFCC" align="center" width="81">
    <font size="2" face="Arial">$199</font></td>
    <td height="24" bgcolor="#FFFFCC" align="center" width="72">
  <a title="Order a Storage Bag" href="/cgi-bin/shop/cp-app.cgi?&pg=prod&ref=CXL125S">
          <img border="0" src="../html/images/button_ordernow.gif" alt="Order a Storage Bag"
width="72" height="18"></a></td>
  </tr>
  <tr>
    <td height="24" bgcolor="#FFFFCC" align="center" width="90">
    <font size="2" face="Arial">CXL200S</font></td>
    <td height="24" bgcolor="#FFFFCC" align="center" width="136">
    <p align="center"><font size="2" face="Arial">fits  2&quot; rolls</font></p>
    </td>
    <td height="24" bgcolor="#FFFFCC" align="center" width="81">
    <font size="2" face="Arial">$199</font></td>
    <td height="24" bgcolor="#FFFFCC" align="center" width="72">
  <a title="Order a Storage Bag" href="/cgi-bin/shop/cp-app.cgi?&pg=prod&ref=CXL200S">
          <img border="0" src="../html/images/button_ordernow.gif" alt="Order a Storage Bag"
width="72" height="18"></a></td>
  </tr>
  </td>
 </table>
 </td>
 </tr>
 <tr width="100%">
  <td> </td>
 </tr>

</table>

<!--webbot bot="Include" i-checksum="39117" endspan --></td>
  </tr>
  <tr>
   <td colspan="2">
   <!--webbot bot="Include" U-Include="../includes/footNav_inc.html" TAG="BODY" startspan -->
```

Page 6

storagebags[1]

```html
<center><img src="../html/images/acceptedpayment.jpg" width="258" height="58"><br /></center>
<table style="BORDER-COLLAPSE: collapse" borderColor="#111111" cellSpacing="0" cellPadding="0"
width="100%" border="0">
  <tr>
    <!-- color changes with button -->
    <td bgcolor="#000099" colspan="2">
    <p align="center">
    <img src="../html/images/cleardot.gif" width="1" height="2"></td>
  </tr>
  <tr>
    <td><p align="center"><img src="../html/images/cleardot.gif" width="1" height="2"></td>
  </tr>
  <tr>
    <td>
    <table border="0" width="100%">
      <tr>
        <td align="center" bgcolor="#efefef" width="14%"><font face="Arial" size="2">
        <a href="http://www.tiffinmats.com/catalog/">Catalog</a></font></td>
        <td align="center" bgcolor="#efefef" width="14%"><font face="Arial" size="2">
        <a href="http://www.tiffinmats.com/financing/">Financing</a></font></td>
        <td align="center" bgcolor="#efefef" width="14%"><font face="Arial" size="2">
        <a target="_blank" href="http://www.tiffinmats.com/forms/RFQ.html">
        Quotes</a></font></td>
        <td align="center" bgcolor="#efefef" width="14%"><font face="Arial" size="2">
        <a href="http://www.tiffinmats.com/aboutus/links.html">Links</a></font></td>
        <td align="center" bgcolor="#efefef" width="14%"><font face="Arial" size="2">
        <a href="http://www.tiffinmats.com/employment/">Employment</a></font></td>
        <td align="center" bgcolor="#efefef" width="14%"><font face="Arial" size="2">
        <a href="https://www.tiffinmats.com/cgi-bin/shop/cp-app.cgi?&pg=ste_affacct&secure=Y">
        Affiliate Program</a></font></td>
        <td align="center" bgcolor="#efefef" width="14%"><font face="Arial" size="2">
        <a href="http://www.tiffinmats.com/help/">Help</a></font></td>
      </tr>
    </table>
    </td>
  </tr>
  <tr>
    <td>
    <p align="center"><font color="#666666" face="Arial" size="1">©2006 Tiffin Athletic
    Mats, Inc. • P.O. BOX 823 • Elkton, MD 21922</font></p>
    </td>
  </tr>
  <tr>
    <td vAlign="bottom">
    <p align="center"><font color="#666666" face="Arial" size="1">[Phone] 1-800-TIFFINS
    (1-800-843-3467) <b>•</b>  [Fax] 1-410-398-7397</font></p>
    </td>
  </tr>
</table>
<!-- end footer row -->
```

Page 7

storagebags[1]

```
<!--webbot bot="Include" i-checksum="44673" endspan --></td>
    </tr>
  </table>
  </center>
</div>

</body>

</html>
```



**Manufacturing Quality Products For Over 20 Years**

**America's Cheerleading Specialist**

TIFFIN HOME>CHEERLEADING>HOME USE MATS

Categories
- Folding Mats
- Cheerleading
- Gymnastics
- Skill Shapes
- Martial Arts
- Wrestling
- Floor Systems
- Rock Climbing
- Home Fitness
- Physical Education
- Training Apparatus
- Tumbl Trak Equipment
- Online Store

Promotion
- Join Our Mailing List
- Floor Package Deals
- Clearance List
- Stock Mat Program
- Floor Rentals

**What's New**

We'll match competitor pricing!

**FLOOR PACKAGES**

## Home Use Mats

### flexi sport roll Home Use Cheer Floor

Train at home on the same carpeted mat that you compete on. The one and only carpeted Home Mat available with the exclusive flexi sport roll feature. Super easy to set up and put away. Stores easier than any other home mat. Join mats in any configuration with velcro to create tumbling strip or square practice areas. Available in 1-3/8" or 2" thicknesses.

**\*Free shipping in the continental US**



### Colors Available

Blue

| Item Number | Size | Price (includes shipping) | |
|---|---|---|---|
| CXL146FR | 4' x 6' x 1-3/8" | $99* | Order Now |
| CXL246FR | 4' x 6' x 2" | $129* | Order Now |
| CXL150FR | 5' x 10' x 1-3/8" | $199* | Order Now |

Case 3:09-cv-00091   Document 1-4   Filed 01/28/09   Page 31 of 45 PageID #: 91

Tiffin Athletic Mats - Cheerleading - Home Use Mats

   

Catalog    Financing    Quotes    Links    Employment    Affiliate Program    Help

©2006 Tiffin Athletic Mats, Inc. • P.O. BOX 823 • Elkton, MD 21922
[Phone] 1-800-TIFFINS (1-800-843-3467) • [Fax] 1-410-398-7397

**42' x 42' Carpet Foam Border**          $1500          $1400


Please give us a call at **800-843-3467** for more information or for **purchasing.**



| Catalog | Financing | Quotes | Links | Employment | Affiliate Program | Help |

©2006 Tiffin Athletic Mats, Inc. • P.O. BOX 823 • Elkton, MD 21922
[Phone] 1-800-TIFFINS (1-800-843-3467) • [Fax] 1-410-398-7397



# TIFFIN
## ATHLETIC MATS, INC.

**Manufacturing Quality Products For Over 20 Years**

**America's Cheerleading Specialist**

HOME

TIFFIN HOME>CHEERLEADING>FLEXI ROLL CHEER FLOOR

## Flexi Sport Rolls Floor System

**Categories**

- Folding Mats
- Cheerleading
- Gymnastics
- Skill Shapes
- Martial Arts
- Wrestling
- Floor Systems
- Rock Climbing
- Home Fitness
- Physical Education
- Training Apparatus
- Tumbl Trak Equipment
- Online Store

- Join Our Mailing List
- Floor Package Deals
- Clearance List
- Stock Mat Program
- Floor Rentals

**What's New**

**We'll match competitor pricing!**

**FLOOR PACKAGES**

The unique way that the flexi sport roll floor rolls up makes this system revolutionary. One person can easily roll-up or roll-out a flexi sport roll section or entire floor. The rolls are not flipped before or after rolling. The rolls practically unroll themselves! The tournament floor that can be setup by one person. Available in easy to roll competition floors as well as home use sizes. We offer many types of flooring to best match your training and competition goals. We also offer tournament-used products, if you need more information please contact us for details.



**Need Replacement Velcro?**

**CXL125FR** has 1-3/8" thickness for medium floor protection.

**CXL200FR** has 2" thickness with superior protection recommended for advanced tumbling.

**CXLEVAFR** has high-rebounding 2" EVA foam. EVA foam is what we use to make the blocks under our spring floors.

### Colors Available
Blue (Grey and Red are special order)

| Item Number | Size | Color | Price |
|---|---|---|---|
| CXL125FR | 6' x 42' x 1-3/8" | Blue | $640 |
| CXL125FR | 6' x 42' x 1-3/8" | Grey | $640 |
| CXL125FR | 6' x 42' x 1-3/8" | Red | $640 |
| CXL200FR | 6' x 42' x 2" | Blue | $850 |
| CXL200FR | 6' x 42' x 2" | Grey | $850 |
| CXL200FR | 6' x 42' x 2" | Red | $850 |
| CXLEVAFR | 6' x 42' x 2" | Blue | $1095 |
| CXLEVAFR | 6' x 42' x 2" | Grey | $1095 |
| CXLEVAFR | 6' x 42' x 2" | Red | $1095 |

### Foam Advantages
flexi sport roll Carpet Floors are manufactured with closed cell, cross linked polyethylene foam. It is a sports foam renowned for the fact that it absolutely will not harden over time, maintaining maximum shock absorption and resiliency. It is proven to substantially outlast non cross-linked foam as its cell structure will not break down under repeated bending or compression. Other polyethylene foams, without our unique chemical composition, will not provide the level of performance that cheerleaders and gymnasts demand of their floors.

### Carpet Advantages
Our foam layers are heat-laminated our famous needle punch carpet for outstanding durability and non-slip traction. This 26 oz. carpet is the strongest used anywhere in the cheerleading and gymnastics industry, yet it is soft with the touch of velour. The polyolefin fibers (pile, nap) are not stringy and cannot be pulled out by velcro, a problem common to cheaper, lighter weight carpets.

**Bond Strength**

The bond between the carpet and foam is critical. Our floors are not glued, traditionally an unsatisfactory method of bonding. Twenty-five years of experience give us the skill to produce the best bond in the world. During manufacturing, the foam liquefies and in the cooling process the carpet and foam substrates actually become one piece, creating a permanent, virtually indestructible bond.

**Carpet Foam Benefits**

Benefits of heat bonding over loose carpet and foam are considerable. Carpet wrinkling, twisting and shifting is eliminated while durability is greatly increased. Wear and tear on foam is greatly reduced. Bonding makes foam stronger, it dissipates landing impact and produces a much faster responding floor.

    

Catalog    Financing    Quotes    Links    Employment    Affiliate Program    Help

©2006 Tiffin Athletic Mats, Inc. • P.O. BOX 823 • Elkton, MD 21922
[Phone] 1-800-TIFFINS (1-800-843-3467) • [Fax] 1-410-398-7397

Home Page

Close this window

## Flexi Sport Roll Carpet Foam

The unique way that the Flexi Sport Roll floor rolls up makes this system revolutionary. One person can easily roll-up or roll-out a Flexi Sport Roll section or entire floor. The rolls are not flipped before or after rolling. The rolls practically unroll themselves!



**Need Replacement Velcro?**

**CXL125FR** has 1-3/8" thickness for medium floor protection.

**CXL200FR** has 2" thickness with superior protection recommended for advanced tumbling.



**CXL200EFR & CXL125EVAFR** has high-rebounding EVA foam. EVA foam is what we use to make the blocks under our spring floors. It comes in 1-3/8" & 2" thicknesses.

| Item | Size | Price |
|------|------|-------|
| CXL125FR | 6'x42'x1-3/8" | $640 |
| CXL125EVAFR | 6'x42'x1-3/8" | $830 |
| CXL200FR | 6'x42'x2" | $850 |
| CXL200EVAFR | 6'x42'x2" | $985 |

## Floor Ex Carpet Foam Lamination

Blue 26 oz. needle punch carpet permanently flame-laminated to lightweight, durable crossed-link polyethylene foam rolls 6' x 42' long. This lightweight combination is ideal for fast, easy daily setups in gymnasiums/multipurpose rooms.



**CXL125** has 1-3/8" thickness for medium floor protection.

**CXL200** has 2" thickness with superior protection recommended for advanced tumbling.

**CXLEVA200** & **CXL125EVA** has high-rebounding EVA foam. EVA foam is what we use to make the blocks under our spring floors. It comes in 1-3/8" & 2" thicknesses.

| Item | Size | Price |
|------|------|-------|
| **CXL125** | 6'x42'x1-3/8" | $559 |
| **CXL125EVA** | 6'x42'x1-3/8" | $740 |
| **CXL200** | 6'x42'x2" | $718 |
| **CXL200EVA** | 6'x42'x2" | $885 |

**TIFFIN**
ATHLETIC MATS, INC.

Manufacturing Quality Products For Over 20 Years

HOME

America's Cheerleading Specialist

TIFFIN HOME>CHEERLEADING

**Categories**

Folding Mats
Cheerleading
Gymnastics
Skill Shapes
Martial Arts
Wrestling
Floor Systems
Rock Climbing
Home Fitness
Physical Education
Training Apparatus
Tumbl Trak Equipment
Online Store

**Promotions**

Join Our Mailing List
Floor Package Deals
Clearance List
Stock Mat Program
Floor Rentals

What's New

We'll match
competitor pricing!



# DEMO SPECIALS

| Spring Floors | 54' x 42' | | 42' x 42' | |
|---|---|---|---|---|
| | NEW | USED | NEW | USED |
| Assembled Combo Spring Floor | $12,900.00 | $11,900.00 | $9,900.00 | $9,300.00 |
| Assembled Baltic Birch Spring Floor | $9,500.00 | N/A | $7,400.00 | N/A |

NEW PRODUCT!!!
*Does Not Include Carpet Bonded Foam

## Spring Floors Kits

| | NEW | NEW |
|---|---|---|
| Kit - Combo Spring Floor | $3,950 | $3,052 |
| Kit - Baltic Birch Spring Floor | $3,399 | $2,495 |

NEW PRODUCT!!!

## Tumble Strips (Assembled)
*Does Not Include Carpet Bonded Foam

| | NEW | USED |
|---|---|---|
| 12' x 42' Combo | $2,850 | $2,650 |
| 12' x 42' Baltic Birch* | $2,750 | n/a |

NEW PRODUCT!!!

## Carpet Foam

| | NEW | USED |
|---|---|---|
| 6' x 42' Standard Rolls CXL125 (1-3/8") | $559 | $500 |
| 6' x 42' Standard Rolls CXL200 (2") | $718 | n/a |
| 6' x 42' Flexi Sport Rolls CXL125FR (1-3/8") | $640 | $595 |
| 6' x 42' Flexi Sport Rolls CXL200FR (2") | $850 | n/a |

## Borders

| | NEW | USED |
|---|---|---|
| 54' x 42' Tapered Foam Border | $2195 | $1800 |
| 42' x 42' Tapered Foam Border | $2100 | $1400 |
| 54' x 42' Carpet Foam Border | $1595 | $1500 |

**42' x 42' Carpet Foam Border**       $1500         $1400

Please give us a call at **800-843-3467** for more information or for purchasing.

   

©2006 Tiffin Athletic Mats, Inc. • P.O. BOX 823 • Elkton, MD 21922
[Phone] 1-800-TIFFINS (1-800-843-3467) • [Fax] 1-410-398-7397



**Manufacturing Quality Products For Over 20 Years**

**America's Cheerleading Specialist**

HOME

TIFFIN HOME>CHEERLEADING>CHEER FLOOR STORAGE BAGS

**Rolled Flooring Storage Bags**

Catalogue

Folding Mats
Cheerleading
Gymnastics
Skill Shapes
Martial Arts
Wrestling
Floor Systems
Rock Climbing
Home Fitness
Physical Education
Training Apparatus
Tumbl Trak Equipment
Online Store

Promotions

Join Our Mailing List
Floor Package Deals
Clearance List
Stock Mat Program
Floor Rentals

What's New

We'll match competitor pricing!

FLOOR PACKAGES

Our storage bags help protect your 6' x 42' rolls of flooring for the next event. Ideal for seasonal storage in a separate room, but can also be left in the corner of a multi-purpose area ready for the next competition. Perfect for storing any 6' x 42' rolls of flooring we offer - flexi sport rolls, EVA rolls, floor exercise rolls, cheerleading floor rolls, wrestling floor rolls, martial arts floor rolls. The bags are made to store either 1-3/8" or 2" thickness floor rolls. Made of durable 18 oz. vinyl fabric with velcro closure and reinforced handles. When ordering, please specify which floor rolls you want to store to assure a proper fit.



## Colors Available

Blue

| Item# | Size | Price | |
|-------|------|-------|---|
| CXL125S | fits 1-3/8"rolls | $199 | Order Now |
| CXL200S | fits 2" rolls | $199 | Order Now |

   

---

Catalog　　Financing　　Quotes　　Links　　Employment　　Affiliate Program　　Help

©2006 Tiffin Athletic Mats, Inc. • P.O. BOX 823 • Elkton, MD 21922
[Phone] 1-800-TIFFINS (1-800-843-3467) • [Fax] 1-410-398-7397



HOME>CLEARANCE
**OVERSTOCK ITEMS FOR SALE**



Take advantage of our overstocked items for faster shipping.

These items are sold on a first come, first serve basis.
Please call us at 800-843-3467 to purchase these items.

**Categories**
- Folding Mats
- Cheerleading
- Gymnastics
- Skill Shapes
- Martial Arts
- Wrestling
- Floor Systems
- Rock Climbing
- Home Fitness
- Physical Education
- Training Apparatus
- Tumbl Trak Equipment
- Online Store

**Promotions**
- Join Our Mailing List
- Floor Package Deals
- Clearance List
- Stock Mat Program
- Floor Rentals

What's New

We'll match competitor pricing!



FLOOR PACKAGES

| SKU | SIZE | FOAM THICKNESS | COLOR | VINYL | VELCRO | QTY | PRICE |
|---|---|---|---|---|---|---|---|
| **CHEERLEADING** | | | | | | | |
| **Assembled Spring Floors** | | | | | | | |
| SFC54A (combo) | 54' X 42' | n/a | n/a | n/a | n/a | 1 | $11,900 |
| SFSB42A (baltic) | 42' x 42' | n/a | n/a | n/a | n/a | 1 | $7,000 |
| **Portable Game Mats - Flexi** | | | | | | | |
| PGM125 | 6'x14' | 1-3/8" | Gray | n/a | n/a | 1 | $249 |
| PGM13 | 6' x 6' | 1.25" | Blue | n/a | n/a | 1 | $199 |
| PGM10 | 6' x 8' | 2" | Blue | n/a | n/a | 1 | $200 |
| PGM23 | 6' x 10' | 2" | Blue | n/a | n/a | 1 | $149 |
| PGM24 | 6' x 11'4" | 1-3/8" | Grey | n/a | n/a | 1 | $195 |
| PGM25/26 | 6' x 12' | 1-3/8" | Blue | n/a | n/a | 2 | $195 |
| PGM27/28 | 6' x 12' | 1-3/8" | Blue | n/a | n/a | 2 | $195 |
| PGM29 | 6' x 13'6" | 1-3/8" | Blue | n/a | n/a | 1 | $210 |
| PGM30 | 6' x 14' | 1-3/8" | Grey | n/a | n/a | 1 | $249 |
| PGM36 | 6' X 14' | 2" | Blue | n/a | n/a | 1 | $299 |
| PGM (demo) 33/34 | 6' X 14' | 2" | Blue | n/a | n/a | 2 | $299 |
| **GYMNASTICS** | | | | | | | |
| **Competition Landing Mats** | | | | | | | |
| CLM12NF | 7'6" x 15'6" | 12 cm | Blue | 18 oz | V2 | 3 | $687 |
| CLM12NF | 6' x 15'6" | 12 cm | Blue | 18 oz | V2 (15'6" sides) | 2 | $645 |
| CLM12NF | 8' x 12' | 12 cm | Blue | 18 oz | V2 | 2 | $635 |
| **Throw Mats** | | | | | | | |
| TM4 | 5' x 10' | 4" | Blue | 18 oz | n/a | 3 | $280 |
| **Sting Mats** | | | | | | | |

|  | SM35 | 3' x 5' | 1-1/4" | Blue | n/a | n/a | 3 | $95 |
|---|---|---|---|---|---|---|---|---|
| **Padding Vaulting Runway** | | | | | | | | |
|  | VR36 | 3' x 82' | 3/4" | Blue | n/a | n/a | 1 | $424 |
| **Tumbler Folding Mats** | | | | | | | | |
|  | T412 | 4' x 8' | 1-3/8" | Red/Yellow | 14 oz | V2 | 16 | $132 |
|  | T412 | 4' x 12' | 1-3/8" | Red | 14 oz | V2 | 1 | $193 |
|  | T822 | 5' x 10' | 2" | Red | 18 oz | V2 | 5 | $240 |
| **Elite Tumbler Folding Mats** | | | | | | | | |
|  | ET432 | 4' x 8' | 2.5" | Red | 14 oz | V2 | 1 | $179 |
|  | ET832 | 5' x 10' | 2.5" | Rainbow | 18 oz | V2 | 7 | $277 |
|  | ET832 | 4' x 8' | 2.5" | Black/Yellow | 18 oz | V2 | 1 | $186 |
| **Tumbler Folding Mats - velcro 2 ends only** | | | | | | | | |
|  | T822 | 5' x 10' | 2" | Red | 18 oz | V2 | 5 | $240 |
| **HOME FITNESS** | | | | | | | | |
| **Deluxe Fitness Mats** | | | | | | | | |
|  | AB452 | 2' x 5' | 2" | Blue | 14oz | n/a | 2 | $40 |
|  | AB452 | 2' x 5' | 2" | Yellow | 14oz | n/a | 2 | $40 |
|  | AB452 | 2' x 5' | 2" | Red | 14oz | n/a | 2 | $40 |
|  | AB452 | 2' x 5' | 2" | Green | 14oz | n/a | 1 | $40 |
|  | AB442 | 2' x 4' | 2" | Red | 14oz | n/a | 2 | $34 |
|  | AB442 | 2' x 4' | 2" | Blue | 14oz | n/a | 2 | $34 |
|  | AB461 | 2' x 6' | 1" | Red | 14oz | n/a | 2 | $44 |
|  | AB461 | 2' x 6' | 1" | Blue | 14oz | n/a | 2 | $44 |
| **WAINSCOTTING** | | | | | | | | |
| **Wall Padding** | | | | | | | | |
|  | W5XL(lip) | 2' x 5' | 1-3/8" | Blue | 14oz | n/a | 8 | $53 |
| **Martial Arts** | | | | | | | | |
| **Deluxe Sparring Mats - all mats are V4** | | | | | | | | List |
|  | SM4 | 5' x 10' | 1-3/8" | Red | 18 oz | V4 | 12 | $218 |
|  | SM4 | 4' x 8' | 1-3/8" | Red | 18 oz | V4 | 3 | $149 |
|  | SM4 | 6' x 12' | 1-3/8" | Red | 18 oz | V4 | 1 | $289 |
| **Deluxe Take Down Mats - all mats are V4** | | | | | | | | |
|  | TD4 | 5' x 8' | 2-1/2" | Red | 18 oz | V4 | 1 | $245 |

VISA   MasterCard   DISCOVER   PayPal VERIFIED

Catalog     Financing     Quotes     Links     Employment     Affiliate Program     Help

©2006 Tiffin Athletic Mats, Inc. • P.O. BOX 823 • Elkton, MD 21922
[Phone] 1-800-TIFFINS (1-800-843-3467) • [Fax] 1-410-398-7397



# TIFFIN
## ATHLETIC MATS. INC.
### 800-843-3467

**PRODUCTS**   **ABOUT US**   **CONTACT US**

| | | | | | | |
|---|---|---|---|---|---|---|
| Folding Mats | Cheerleading | Gymnastics | Skill Shapes | Martial Arts | Wrestling | Floor Systems |
| Rock Climbing | Home Fitness | Phys. Ed. | Apparatus | Tumbl Trak | Clearance | |

**SPRING FLOORING** — INFO | Call To Order

**LANDING MATS** — INFO | BUY NOW

**FOLDING MATS** — INFO

**FLEXI ROLLABLE FLOOR BEAM** — INFO | BUY NOW

**TRAINING MATS** — INFO | BUY NOW

**THROW MATS** — INFO | BUY NOW

**TUMBLE TRAK MAT** — INFO | BUY NOW

**TUMBLE TRAK INSERT** — INFO | BUY NOW

**BEAM BASE PAD** — INFO | Call To Order

**STUNT PITS** — INFO | BUY NOW

**CARPET BONDED FOAM** — INFO | BUY NOW

**PADDED VAULT RUNWAY** — INFO | BUY NOW

**VAULTING SAFETY ZONE** — INFO | Call To Order

**LEVEL 4 VAULT SYSTEM** — INFO | Call To Order

**STING MAT** — INFO | Call To Order

**REPLACEMENT FOAM** — INFO | Call To Order

Case 3:09-cv-00091   Document 1-4   Filed 01/28/09   Page 44 of 45 PageID #: 104



| STOCK MATS | QUICK SHIP | | |
|---|---|---|---|
| Ships in 3-5 days | Ships in 2-3 weeks | | |

Folding Mats / Cheerleading / Gymnastics / Skill Shapes / Martial Arts / Wrestling / Floor Systems / Rock Climbing / Home Fitness / Physical Education / Training Apparatus / Tumble Trak Equipment

    

Catalog      Financing      Quotes      Links      Employment      Affiliate Program      Help

©2006 Tiffin Athletic Mats, Inc. • P.O. BOX 823 • Elkton, MD 21922
[Phone] 1-800-TIFFINS (1-800-843-3467) • [Fax] 1-410-398-7397

%JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Dollamur, L.P.

**DEFENDANTS**
Tiffin Athletic Mats, Inc.

**(b)** County of Residence of First Listed Plaintiff   Davidson
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant   Cecil County, Maryland
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Paige Mills & Kathryn Walker; Bass, Berry & Sims, PLC; 315 Deaderick St., Ste. 2700; Nashville, TN 37238; (615) 742-6200

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff

☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant

☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

### CONTRACT
☐ 110 Insurance
☐ 120 Marine
☐ 130 Miller Act
☐ 140 Negotiable Instrument
☐ 150 Recovery of Overpayment & Enforcement of Judgment
☐ 151 Medicare Act
☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
☐ 153 Recovery of Overpayment of Veteran's Benefits
☐ 160 Stockholders' Suits
☐ 190 Other Contract
☐ 195 Contract Product Liability
☐ 196 Franchise

### REAL PROPERTY
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

### TORTS
**PERSONAL INJURY**
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers' Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury

**PERSONAL INJURY**
☐ 362 Personal Injury - Med. Malpractice
☐ 365 Personal Injury - Product Liability
☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

### CIVIL RIGHTS
☐ 441 Voting
☐ 442 Employment
☐ 443 Housing/ Accommodations
☐ 444 Welfare
☐ 445 Amer. w/Disabilities - Employment
☐ 446 Amer. w/Disabilities - Other
☐ 440 Other Civil Rights

### PRISONER PETITIONS
☐ 510 Motions to Vacate Sentence
**Habeas Corpus:**
☐ 530 General
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

### FORFEITURE/PENALTY
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 R.R. & Truck
☐ 650 Airline Regs.
☐ 660 Occupational Safety/Health
☐ 690 Other

### LABOR
☐ 710 Fair Labor Standards Act
☐ 720 Labor/Mgmt. Relations
☐ 730 Labor/Mgmt.Reporting & Disclosure Act
☐ 740 Railway Labor Act
☐ 790 Other Labor Litigation
☐ 791 Empl. Ret. Inc. Security Act

### IMMIGRATION
☐ 462 Naturalization Application
☐ 463 Habeas Corpus - Alien Detainee
☐ 465 Other Immigration Actions

### BANKRUPTCY
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

### PROPERTY RIGHTS
☐ 820 Copyrights
☐ 830 Patent
☒ 840 Trademark

### SOCIAL SECURITY
☐ 861 HIA (1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

### FEDERAL TAX SUITS
☐ 870 Taxes (U.S. Plaintiff or Defendant)
☐ 871 IRS—Third Party 26 USC 7609

### OTHER STATUTES
☐ 400 State Reapportionment
☐ 410 Antitrust
☐ 430 Banks and Banking
☐ 450 Commerce
☐ 460 Deportation
☐ 470 Racketeer Influenced and Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Sat TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 890 Other Statutory Actions
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 895 Freedom of Information Act
☐ 900 Appeal of Fee Determination Under Equal Access to Justice
☐ 950 Constitutionality of State Statutes

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
15 U.S.C. §1114; 15 U.S.C. §1125(a)
Brief description of cause:
Trademark infringement, trademark dilution, unfair competition, and deceptive trade practices

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):   JUDGE     DOCKET NUMBER

DATE
01/28/2009

SIGNATURE OF ATTORNEY OF RECORD
_(signature)_

**FOR OFFICE USE ONLY**

RECEIPT #    AMOUNT    APPLYING IFP    JUDGE    MAG. JUDGE

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

### Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.** **(a) Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

(b) County of Residence. For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

(c) Attorneys. Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.** **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.C.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.

United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.

United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.

Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.

Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; federal question actions take precedence over diversity cases.)

**III.** **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.** **Nature of Suit.** Place an "X" in the appropriate box. If the nature of suit cannot be determined, be sure the cause of action, in Section VI below, is sufficient to enable the deputy clerk or the statistical clerks in the Administrative Office to determine the nature of suit. If the cause fits more than one nature of suit, select the most definitive.

**V.** **Origin.** Place an "X" in one of the seven boxes.

Original Proceedings. (1) Cases which originate in the United States district courts.

Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.

Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.

Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.

Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.

Multidistrict Litigation. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407. When this box is checked, do not check (5) above.

Appeal to District Judge from Magistrate Judgment. (7) Check this box for an appeal from a magistrate judge's decision.

**VI.** **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.**       Example:       U.S. Civil Statute: 47 USC 553
                                                                                      Brief Description: Unauthorized reception of cable service

**VII.** **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.

Demand. In this space enter the dollar amount (in thousands of dollars) being demanded or indicate other demand such as a preliminary injunction.

Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.** **Related Cases.** This section of the JS 44 is used to reference related pending cases if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

# UNITED STATES DISTRICT COURT

for the

Middle District of Tennessee

| | |
|---|---|
| Dollamur, L.P. | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. |
| Tiffin Athletic Mats, Inc. | ) |
| Defendant | ) |

## Summons in a Civil Action

To: *(Defendant's name and address)*

Tiffin Athletic Mats, Inc.
Triumph Industrial Park
505 Blue Ball Road
Elkton, Maryland 21921

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Paige Waldrop Mills
Bass, Berry & Sims PLC
315 Deaderick Street, Suite 2700
Nashville, TN 37238

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEITH THROCKMORTON

Name of clerk of court

Date:  1/28/09

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*