IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| DOLLAMUR, L.P., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Docket No. 3:09-0091 |
| | ) | JURY DEMAND |
| TIFFIN ATHLETIC MATS, INC., | ) | |
| | ) | JUDGE CAMPBELL |
| Defendant. | ) | MAGISTRATE JUDGE BROWN |
| | ) | |
| | ) | |

## MOTION FOR RELEASE OF BOND

On January 28, 2009, a temporary restraining order was entered by the Court against Defendant Tiffin Athletic Mats, Inc. (Docket No. 8). Pursuant to the Court's Order of January 28, 2009, Plaintiff Dollamur, L.P. posted a bond in the amount of $5,000, which was placed in an interest bearing account. (Docket No. 9). On October 8, 2009, the parties filed a Notice of Compromise and Dismissal (Docket No. 60), and the Court entered a final judgment in the matter. (Docket No. 62). Consequently, Dollamur respectfully requests that this Court enter an order: (1) releasing the $5,000 cash bond posted by Dollamur in connection with the case (including the interest earned) and (2) ordering the Clerk to pay all of the funds being held (including the interest earned) to the order of Dollamur, L.P. Dollamur requests that the check be sent to its counsel at the following address: 150 Third Avenue South, Suite 2800, Nashville, TN 37201.

Respectfully submitted,

/s Kathryn Walker
Paige Waldrop Mills
Kathryn Hannen Walker
BASS, BERRY & SIMS PLC
150 Third Avenue South, Suite 2800
Nashville, TN 37201
Telephone: (615) 742-7770
Facsimile: (615) 742-0429
pmills@bassberry.com
kwalker@bassberry.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served via the Court's Electronic Filing System on the following:

Garrett E. Asher (15977)
Parker, Lawrence, Cantrell & Dean
200 4th Avenue North
5th Floor
Nashville, TN 37219
(615) 255-7500
gasher@plcd.com

Natalya L. Rose (021701)
Milom Joyce Horsnel Crow PLC
3310 West End Ave., Suite 610
Nashville, TN 37203
(615) 255-6161
nrose@mjhc-law.com

on this the 28th day of December, 2009.

/s Kathryn Hannen Walker

7675785.1